UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

TWIN BRIDGES WASTE AND RECYCLING, LLC,

|  |  |
|---|---|
| Plaintiff, | **COMPLAINT** |
| -against- | Civil Case No.: |
| | 1:21-cv-263 (DNH/DJS) |

COUNTY WASTE AND RECYCLING SERVICE, INC.
ROBERT WRIGHT DISPOSAL, INC.,
WASTE CONNECTIONS US, INC. and
WASTE CONNECTIONS, INC.
d/b/a "WASTE CONNECTIONS,"

Defendants.
_____

Plaintiff Twin Bridges Waste and Recycling, LLC, by its attorneys Dreyer Boyajian LLP, as and for its Complaint against defendants County Waste and Recycling Service, Inc., Robert Wright Disposal Inc., Waste Connections US, Inc. and Waste Connections, Inc., alleges as follows:

## INTRODUCTION

1.      Plaintiff Twin Bridges Waste and Recycling, LLC is a local provider of waste/recycling collection and disposal services ("Waste Services") in the Capital Region area.

2.      Defendants County Waste and Recycling Service, Inc., Robert Wright Disposal Inc., Waste Connections, Inc. and Waste Connections US, Inc. (collectively "Waste Connections") have collectively engaged in anticompetitive and tortious conduct in an attempt to monopolize the Waste Services market in the Capital Region to the exclusion of Twin Bridges.

3.     Defendants County Waste and Robert Wright Disposal are wholly-owned subsidiaries of Waste Connections, which is the third-largest solid waste management company in North America.

4.     Waste Connections is an integrated waste services company that provides collection, transfer, landfill disposal and recycling services for commercial, industrial, municipal and residential customers in the United States and Canada.  It operates over 80 landfills and even more transfer stations.

5.     From 2016-2019, Waste Connections spend $7.5 billion on acquisitions.

6.     Waste Connections owns and operates almost every landfill in the Capital Region area, with the exception of the Rapp Road landfill in the City of Albany and the Green Ridge landfill in Gansevoort which have limitations to service the Capital Region market.

7.     Twin Bridges is a local waste/recycle collection service company that is a relatively new entrant to the Capital Region market and based in the Town of Halfmoon.

8.      Twin Bridges does not own or operate its own landfill.

9.     Waste Connections, because of its leading market share in the Capital Region is attempting to monopolize waste/recycling collection and disposal services to the exclusion of Twin Bridges through improper and unlawful anticompetitive behavior.

10.     These claims by Twin Bridges against Waste Connections are brought pursuant to the Sherman Antitrust Act for Waste Connections' attempt to monopolize trade through predatory pricing, unlawful contracts, and refusals to deal, as well as its unfair competition, tortious interference with contract, tortious interference with prospective business relations, and injurious falsehood.  Twin Bridges also seeks declaratory and injunctive relief declaring Waste Connections' conduct unlawful and enjoining same.

11.     Plaintiff originally filed its Sherman Antitrust Act claims as counterclaims in a pending action commenced by defendants County Waste and Robert Wright Disposal in the New York State Supreme Court, Albany County (Index No. 906904-20) ("the state court action").

12.     After a motion to dismiss was filed by defendants in the state court action objecting to the state court's jurisdiction to adjudicate the Sherman Act claims, plaintiff amended its state court counterclaims and withdrew the Sherman Act causes of action without prejudice. At the same time, plaintiff commenced this parallel federal action.

## PARTIES

13.     Plaintiff Twin Bridges Waste and Recycling, LLC ("Twin Bridges") is a domestic limited liability company organized under the laws of the State of New York with a principal place of business located in the County of Saratoga, State of New York.

14.     Defendant County Waste and Recycling Service, Inc. ("County Waste") is a domestic limited liability company organized under the laws of the State of New York with a principal place of business located at 3 Water Way Square Place, The Woodlands, Texas 77380.

15.     County Waste operates and does business (d/b/a) under the following: Ace Carting, County Waste, D.J.'s Roll Off Service, Hardesty and Sons Sanitation, Spaulding Waste Services, Superior Waste and Valley View Sanitation Services.

16.     Defendant Robert Wright Disposal, Inc. ("Robert Wright Disposal") is a domestic limited liability company organized under the laws of the State of New York with a principal place of business located in the County of Albany, State of New York.

17.     Defendant Waste Connections US, Inc. d/b/a "Waste Connections" is a domestic corporation organized under the laws of the State of Delaware with a principal place of business located 3 Water Way Square Place, The Woodlands, Texas 77380.

18.     Defendant Waste Connections, Inc. d/b/a "Waste Connections" (hereinafter "Waste Connections Inc. (Canada)" is foreign corporation organized under the laws of Canada with a principal executive office located at 610 Applewood Crescent, Vaughn, Ontario L4K 0E3 Canada, and a principal administrative office located at 3 Water Way Square Place, The Woodlands, Texas 77380.

19.     In 2016, Waste Connections, Inc. (US) purchased Progressive Waste Solutions Ltd. (Canada) in a deal that was structured as a reverse merger and corporate inversion so that Waste Connections could move its tax domicile from the United States to Canada.

20.     The former Waste Connections, Inc. (US) then changed its name to become Waste Connections US, Inc. which merged with Water Merger Sub LLC, a Delaware limited liability company and wholly owned subsidiary of Progressive Wase Solutions Ltd., which then became a wholly owned subsidiary of Waste Connections, Inc. (Canada).

21.     Plaintiff County Waste is a subsidiary of Waste Connections, Inc. (Canada).

22.     Plaintiff Robert Wright Disposal is a subsidiary of County Waste.

23.     Attached as "Exhibit A" is a list of Waste Connections, Inc.'s subsidiaries as of December 31, 2019.

24.     Exhibit A is a genuine copy of "Subsidiaries of Waste Connections, Inc." filed by Waste Connections, Inc. (Canada) on its 2019 Form-10-K as Exhibit 21.1.[1]

25.     In its 2019 Annual Report, Waste Connections, Inc. (Canada) stated that it "is the premier provider of solid waste collection, transfer, recycling and disposal services in mostly exclusive and secondary markets across the U.S. and Canada."[2]

---

[1] Available at https://www.sec.gov/Archives/edgar/data/1318220/000155837020000746/ex-21d1.htm.
[2] Waste Connections, Inc. 2019 Annual Report at p. 6, https://www.annualreports.com/Company/waste-connections-inc.

26.     Waste Connections, Inc. (Canada) states that "it is the third-largest waste management company" by revenue in North America.[3]

27.     For year-ended December 31, 2019, Waste Connections, Inc. (Canada) reported revenue of $5.389 billion.[4]

28.     From 2016-2019, Waste Connections spent $7.5 billion in acquisitions, as part of its strategic plan to acquire waste businesses for the purpose of "gain[ing] a leading market position."[5]

29.     Waste Connections, Inc. and Waste Connections US, Inc., among other things, transact substantial business within New York State; contract to supply goods and services in said state; committed tortious acts outside said sate causing injury to person or property within the state; regularly conduct business in said state and/or derive substantial revenue from goods used or services rendered in the state; expect or should reasonably expect that the acts complained of to have consequences in said state; derive substantial revenue from interstate or international commerce; and the events or claims giving rise to the claims herein arose within said state.

30.     Waste Connections, Inc.; Waste Connections US, Inc.; and its various wholly-owned subsidiaries, including County Waste and Robert Wright, are hereinafter collectively referred to as "Waste Connections."

---

[3] Waste Connections, Inc. 2019 Annual Report at p.1.
[4] Id. at pp. 2, 51.
[5] Id. at p. 3

**WASTE CONNECTIONS**

31.    Waste Connections, Inc. (Canada) serves residential, commercial and industrial customers in 42 states in the United States and six provinces in Canada.



Waste Connections is the premier provider of solid waste collection, transfer, recycling and disposal services in mostly exclusive and secondary markets across the U.S. and Canada. We also provide intermodal services for the rail haul movement of cargo and solid waste containers in the Pacific Northwest. Through our R360 environmental solutions subsidiary, we are a leading provider of non-hazardous exploration and production, or E&P, waste treatment, recovery, and disposal services in the U.S.

Figure 1 – Location Map of Waste Connections, Inc.

32.    Upon information and belief, Waste Connections has a leading market position in residential and commercial Waste Services in the counties of Albany, Fulton, Rensselaer, Saratoga, Washington and Warren counties (the "Capital Region Market").

33.    Waste Connections, Inc. (Canada) owns and/or operates the following waste disposal facilities that service waste from the Capital Region Market:

| Facility | Owner/Operator |
|---|---|
| Canaan Transfer Station<br>27 Flints Crossing Road<br>Canaan, NY 12029 | County Waste – Canaan B2 Transfer Station, LLC<br>a subsidiary of Waste Connections, Inc. |
| Clifton Park Transfer Station<br>1927 Route 9<br>Clifton Park, NY 12065 | County Waste & Recycling Service, Inc.<br>a subsidiary of Waste Connections, Inc. |
| Schenectady Transfer Station<br>2 Weaver St<br>Schenectady, NY 12035 | City of Schenectady and<br>County Waste & Recycling Service, Inc.<br>a subsidiary of Waste Connections, Inc. |
| Troy Transfer Station<br>83 Water St<br>Troy NY 12180 | County Waste Transfer Corp.<br>a subsidiary of Waste Connections, Inc. |
| Colonie Landfill<br>1319 New Loudon Rd<br>Cohoes, NY 12047 | Town of Colonie and<br>Capital Region Landfills, Inc.<br>a subsidiary of Waste Connections, Inc. |
| Dunn Landfill<br>315 Partition St Ext<br>Rensselaer, NY 12144 | S.A. Dunn & Company, LLC<br>a subsidiary of Waste Connections, Inc. |
| Fort Ann Transfer Station<br>10913 NY-149<br>Fort Ann, NY 128247 | Fort Ann Transfer LLC<br>a subsidiary of Waste Connections, Inc. |
| Sierra Processing<br>865 So. Pearl Street<br>Albany, NY 12207 | Sierra Processing, LLC<br>a subsidiary of Waste Connections, Inc. |
| Seneca Meadows Landfill<br>1786 Salcman Road<br>Waterloo, NY 13165 | Seneca Meadows Inc.<br>a subsidiary of Waste Connections, Inc. |

34.     Upon information and belief, Waste Connections, Inc. operates its United States subsidiaries directly and/or indirectly through Waste Connections US, Inc. (formerly known as Waste Connections, Inc.)

35.     According to its Dunn & Bradstreet web profile, Waste Connections US, Inc. "provides solid waste collection, transfer, disposal, and recycling services to commercial, industrial, and residential customers ...  The integrated solid waste services company does business mainly in smaller markets.  It owns or operates about 155 solid waste collection operations, 69 transfer stations, 62 landfills, and 37 recycling facilities. It operates 24 liquid exploration and production (E&P) waste injection wells, 20 E&P waste treatment facilities, and 20 oil recovery facilities."[6]

36.     Waste Connections Inc. (Canada), although incorporated in Canada under a principal executive office listed at 610 Applewood Crescent, Vaughan, Ontario L4K 0E#, Canada, maintains its principal administrative corporate office in the United States at 3 Waterway Square Pl, The Woodlands, Texas 77380.

37.     The website for Waste Connection, Inc. (Canada) lists its "Corporate Office" at 3 Waterway Square Pl, The Woodlands, Texas 77380.[7]

38.     Upon information and belief, the President and Chief Executive Officer, Worthing F. Jackman, of Waste Connections, Inc. (Canada) maintains his office in the United States at 3 Waterway Square Pl, The Woodlands, Texas 77380.

---

[6] See https://www.dnb.com/business-directory/ company-profiles.waste_ connections_us_inc.cdc119c41322f2ecc7a857bdcbf10b70.html.
[7] See https://www.wasteconnections.com/corporate-office-the-woodlands.

39.    Waste Connections Inc. (Canada), Waste Connections US, Inc., County Waste and Recycling Service, Inc. and Robert Wright Disposal Inc. market their services and operate as single integrated business entity known as "Waste Connections."

40.    The plaintiff and third-party defendant corporations are structured and operated such that the parent company Waste Connections Inc. (Canada) exercises complete dominion and control over its subsidiaries Waste Connections US, Inc., County Waste and Recycling Service, Inc. and Robert Wright Disposal Inc.

41.    Upon information and belief, Waste Connections Inc. (Canada) owns, either directly or through its wholly owned subsidiaries, the ownership interests in Waste Connections US, Inc., County Waste and Recycling Service, Inc. and Robert Wright Disposal Inc.

42.    Upon information and belief, Waste Connections Inc. (Canada), Waste Connections US, Inc., County Waste and Recycling Service, Inc. and Robert Wright Disposal Inc. share common directors and officers.

43.    For example, Worthing F. Jackman, the President and CEO of Waste Connections Inc. (Canada), is the sole director of plaintiff County Waste and Recycling Service, Inc.[8]

44.    Upon information and belief, Worthing F. Jackman, who is the President and CEO of Waste Connections, Inc. (Canada) is also the President and CEO of plaintiffs County Waste and Recycling Service, Inc. and Robert Wright Disposal Inc.[9]

45.    County Waste and Recycling Service, Inc. is also headquartered at 3 Waterway Square Pl, The Woodlands, Texas 77380.[10]

---

[8] See *Written Consent of the Sole Director of County Waste and Recycling Service, Inc.* dated November 11, 2019 annexed to *Official Bid Form* dated November 18, 2019 (RFB-19-44), available at http://www.rensco.com/wp-content/uploads/2020/02/PP_RFB_19_44CountyWaste.pdf.
[9] See NYS Department of State, Division of Corporations, *Entity Information* for County Waste and Recycling Service, Inc. (March 5, 2021), available at https://www.dos.ny.gov/corps/bus_entity_search.html.
[10] See id.

46.     Upon information and belief, James M. Little, who is the Executive Vice President – Engineering and Disposal of Waste Connections, Inc. (Canada) was and continues to serve as the Vice President of plaintiff County Waste and Recycling Service, Inc.

47.     The subsidiaries of Waste Connections Inc. (Canada) are listed in the company's annual reports as operating segments of said parent company.

48.     Specifically, Waste Connections, Inc. (Canada) manages its subsidiary operations through five geographical solid waste operating segments which each have a "regional vice president and a regional controller reporting directly to our corporate management.  These regional officers are responsible for operations and accounting in their operating segments and supervise their regional staff."[11]

49.     Waste Connections regional staff include district or site managers assigned to one or more subsidiary locations.

50.     For example, Mark Ceresa is the Waste Connections Division Vice-President assigned to County Waste and Recycling Service, Inc. and Robert Wright Disposal Inc., among other local subsidiaries.

51.     The business revenue and financial responsibility of the subsidiaries of Waste Connections Inc. (Canada) are referred to as the earnings and obligations of the parent.

52.     "The Company's Chief Operating Decision Maker evaluates operating segment profitability and determines resource allocations based on several factors, of which the primary financial measure is segment EBITDA."[12]

---

[11] Waste Connections, Inc. 2019 Annual Report at p. 2.
[12] Id. at p. 133.

53.    Upon information and belief, Waste Connections Inc. (Canada) finances certain debts and pays for certain expenses of its subsidiaries, including County Waste and Robert Wright Disposal.

54.    For example, Waste Connections, Inc. and its subsidiaries are obligors to certain obligations, notes and credit agreements for debt issued to fund inter-company related operations, including certain obligations assumed by Waste Connections, Inc. not guaranteed by its subsidiaries.[13]

55.    For example, upon information and belief, Waste Connections, Inc. has incurred the expense of solid waste facility surety bonds issued to the New York State Department of Environmental Conservation for its subsidiary County Waste and Recycling Service, Inc.

56.    For example, upon information and belief, Waste Connections, US, Inc. has paid for bid deposits on municipal contracts for its subsidiaries[14] and guarantees contract performance.[15]

57.    For example, upon information and belief, Waste Connections' subsidiaries in the United States are insured by general, property, automobile, environmental and workers' compensation liability policies issued to Waste Connections, US., Inc., as well as under common employee group health insurance and employee retirement plans.[16]

58.    Waste Connections uses the property and services of its subsidiaries as its own, and its subsidiaries likewise use intercompany assets and services.

59.    For example, County Waste and Robert Wright Disposal dispose of waste at transfer stations and landfills owned by Waste Connections directly or through its subsidiaries.

---

[13] See e.g., Waste Connections, Inc. 2019 Annual Report at p. 113.
[14] See e.g., County Waste – Ulster, LLC response to bid proposal to Town and Village of New Paltz dated January 16, 2018 available at https://www.townofnewpaltz.org/sites/g/files/vyhlif3541/f/u93/county_waste_rfp_proposal_2018-01-16_redacted.pdf.
[15] See, e.g., Waste Connections Inc. Form 10-k (December 21, 2019) available at https://www.sec.gov/Archives/edgar/data/1318220/000155837020000746/wcn-20191231x10k563eb6.htm.
[16] See id.; see also citation *supra* footnote 14.

60.     Upon information and belief, Waste Connections Inc. (Canada) allows County Waste and Robert Wright Disposal to dispose of waste at Waste Connections transfer stations and landfills at prices below the market cost.

## WASTE CONNECTIONS' ANTICOMPETITIVE CONDUCT TO EXCLUDE TWIN BRIDGES FROM THE WASTE SERVICES MARKET

61.     Waste Connections Inc. (Canada), Waste Connections US, Inc., County Waste and Recycling Service, Inc. and Robert Wright Disposal Inc. are engaged in anticompetitive and tortious conduct to exclude Twin Bridges Waste and Recycling LLC from the waste/recycling collection and disposal market in the Capital Region counties of Albany, Fulton, Rensselaer, Saratoga, Washington and Warren.

62.     Waste Connections has attempted to monopolize the Capital Region Market to the exclusion of Twin Bridges by controlling through improper means the stream of waste/recycling collection and disposal.

63.     Waste Connections' corporate strategy is to attain high market share and develop barriers to entry.

64.     In its 2019 Annual report, Waste Connections stated that its "Operating Strategy" seeks to "avoid highly competitive, large urban markets and instead target markets where we can attain high market share either through exclusive contracts, vertical integration or asset positioning."[17]

65.     The Linkedin page for Waste Connections states that "Our corporate strategy targets secondary and suburban markets that have strong demographic growth trends and where competitive barriers to entry can be developed."[18]

---

[17] Waste Connections, Inc. 2019 Annual Report at p. 1.
[18] https://www.linkedin.com/company/waste-connections-inc-/.

66.    Waste Connections' stated operating strategy is to, among other things:

Target Secondary and Rural Markets. By targeting secondary and rural markets, we believe that we are able to achieve a higher local market share than would be attainable in more competitive urban markets, which we believe reduces our exposure to customer churn and improves financial returns. . . .

Control the Waste Stream. In markets where waste collection services are provided under exclusive arrangements, or where waste disposal is municipally owned or funded or available at multiple sources, we believe that controlling the waste stream by providing collection services under exclusive arrangements is often more important to our growth and profitability than owning or operating landfills.

Optimize Asset Positioning. We believe that the location of disposal sites within competitive markets is a critical factor to success in the waste services industry. Given the importance of and costs associated with the transportation of waste to treatment and disposal sites, having disposal capacity proximate to the waste stream may provide a competitive advantage and serve as a barrier to entry.

Provide Vertically Integrated Services. In markets where we believe that owning landfills is a strategic advantage to a collection operation because of competitive and regulatory factors, we generally focus on providing integrated services, from collection through disposal of solid waste in landfills that we own or operate.[19]
…
Expand Through Acquisitions. ... This focus typically highlights markets in which we can: (1) provide waste collection services under exclusive arrangements such as franchise agreements, municipal contracts and governmental certificates; (2) gain a leading market position and provide vertically integrated collection and disposal services; or (3) gain a leading market position in a niche market through the provision of treatment and disposal services.[20]

67.    Entry into the Capital Region Market for Waste Services is difficult due to the lack of competition and market share enjoyed by Waste Connections.

68.    For example, in southern Albany County, plaintiff Robert Wright Disposal enjoyed a monopoly due to the lack of any significant competition for decades, such that Robert Wright never used contracts for residential subscription customers.

69.    The high barrier to entry into the Capital Region Market is evidenced by the fact

---

[19] Waste Connections, Inc. 2019 Annual Report at p. 2.
[20] Id. at p. 3.

that the only alternative to Waste Connections for most residential customers is Twin Bridges.

70.    When Twin Bridges Waste and Recycling, LLC attempted to enter the market in 2019, Waste Connections immediately commenced a campaign to lock down Robert Wright Disposal customers through illegal contracts and by disparaging the reputation of Twin Bridges.

71.    As set forth below, Waste Connections has directly and jointly with its integrated subsidiaries attempted through improper conduct to monopolize Waste Services in the Capital Region Market for the purpose of harming and excluding Twin Bridges.

72.    Specifically, following Scott Earl's purchase of Twin Bridges' predecessor in July 2019, Waste Connections has engaged in anticompetitive behavior to eliminate competition by Twin Bridges, including predatory pricing, exclusionary and restrictive conduct, refusal to deal, collusion, unfair competition, tortious interference and defamation (collectively "Anticompetitive Conduct").

73.    There is a dangerous probability that Waste Connections will solidify and achieve monopoly power if allowed to continue its Anticompetitive Conduct.

74.    Waste Connections rationalizes and obfuscates its unlawful Anticompetitive Conduct because Mr. Earl is the same individual from whom Waste Connections purchased County Waste and Recycling Service, Inc. almost a decade ago.

75.    Upon information and belief, Waste Connections developed, and still harbors, significant animosity and hostility towards Mr. Earl and Twin Bridges.

**COUNTY WASTE'S CUSTOMER SERVICE AND BBB COMPLAINTS**

76.    Upon information and belief, following Waste Connections' purchase of County Waste and Recycling Service, Inc. in 2011, County Waste's good will and reputation for customer service significantly declined.

77.    Upon information and belief, when Twin Bridges Waste and Recycling, LLC entered the Capital Region Market in July 2019, plaintiff County Waste and Recycling Service, Inc. was rated "F" by the Better Business Bureau ("BBB").

78.    Today, County Waste is rated "D" by the Better Business Bureau and is not a BBB Accredited Business.[21]

79.    The BBB business profile for County Waste contains a "CURRENT ALERTS FOR THIS BUSINESS: Pattern of Complaint" stating, in part, that: "Over the past 36 months, BBB received 96 complaints regarding customer service issues, including trash or recycling not picked up, long wait times, delays in pickups, or no pick up at all.  Customers also complained about bins left by the road for weeks after canceling service. Customers also say that even though they canceled the service, they still received bills or were charged auto payments."[22]

---

[21]    See   https://www.bbb.org/us/ny/clifton-park/profile/garbage-removal/county-waste-recycling-service-inc-0041-17000040/accreditation-information ("To be accredited by BBB, a business must apply for accreditation and BBB must determine that the business meets BBB accreditation standards, which include a commitment to make a good faith effort to resolve any consumer complaints….").

[22]    See   https://www.bbb.org/us/ny/clifton-park/profile/garbage-removal/county-waste-recycling-service-inc-0041-17000040.



Figure 2 – BBB Profile of County Waste & Recycling Service, Inc.

80.     In contrast, Twin Bridges Waste and Recycling, LLC is a BBB Accredited Business with a current BBB rating of "A."[23]

81.     Upon information and belief, due to the lack of competition and essential nature of Waste Services, many customers in the Capital Region Market had no choice but to continue using Waste Connections prior to Twin Bridges' attempt to enter and compete within that market.

---

[23] https://www.bbb.org/us/ny/halfmoon/profile/waste-management/twin-bridges-waste-recycling-0041-236003492.

82.    In fact, County Waste's own customers called the company a "monopoly"[24]:



**Lori M**
★★★★                                                                    08/17/2018

Truly a horrible, horrible company, If you have any other option, I mean ANY OTHER OPTION, go that route instead of using this company. I have to call every other week because my garbage does not get picked up. I live in the Village of *******, NY. My two options for trash pick up is a) the Village who contracts out to County Waste and b) private pick up which the only company to do so in that area is County Waste. See my dilemma? In an area where there is no choice as to who you use, County Waste is a monopoly. A horribly run monopoly that apparently has trucks that break down weekly and staff that calls in sick without someone to replace them on a weekly basis. At least this is what I've been told every time I call, which lately, is once a week. Sometimes they have no idea why my trash hasn't been picked up. I don't know who is running the ship over there but I'm guessing, as a whole, the entire management staff have zero business acumen. All I know is it's summer. And hot out. Do you know what happens when garbage doesn't get picked up in this heat? Maggots all over your can, that's what happens. And I don't see the assholes from County Waste - not supervisors, or customer service, or even the drivers themselves, coming to clean my cans. Clean my cans? They can't even manage to pick my garbage up! Customer service is useless, they cannot help you. Oh, they'll tell you a supervisor will contact you but that doesn't happen. Ever. And while I get billed on a regular basis, and have to pay that bill on a timely basis, I don't ever receive a credit for the pick-ups that don't happen. I'm not a lawyer, but I do believe that is theft when you charge someone for a service you don't provide. Of course, if I don't pay my bill and they stop service, I'd never know because they don't pick up now. Bottom line - this company is poorly managed, unreliable with spotty service, and simply could care less about customer service because they know you have no other option.

BBB Business Profiles may not be reproduced for sales or promotional purposes.

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. BBB asks third parties who publish complaints, reviews and/or responses on this website to affirm that the information provided is accurate. However, BBB does not verify the accuracy of information provided by third parties, and does not guarantee the accuracy of any information in Business Profiles.

When considering complaint information, please take into account the company's size and volume of transactions, and understand that the nature of complaints and a firm's responses to them are often more important than the number of complaints.

BBB Business Profiles generally cover a three-year reporting period. BBB Business Profiles are subject to change at any time. If you choose to do business with this business, please let the business know that you contacted BBB for a BBB Business Profile.

As a matter of policy, BBB does not endorse any product, service or business.

© 2020, International Association of Better Business Bureaus, Inc., separately incorporated Better Business Bureau organizations in the US, Canada and Mexico and BBB Institute for Marketplace Trust, Inc. All rights reserved. *In Canada, trademark(s) of the International Association of Better Business Bureaus, used under License.

Figure 3 – BBB Review

83.    Upon information and belief, due to County Waste's poor customer relations, after Twin Bridges Waste and Recycling, LLC began operating, thousands of County Waste customers switched their service to Twin Bridges.

84.    Waste Connections is now attempting to deter and prevent Twin Bridges from competing in the local waste/recycling collection and disposal market "at whatever the cost."

---

[24] Available at https://www.bbb.org/us/ny/clifton-park/profile/garbage-removal/county-waste-recycling-service-inc-0041-17000040/customer-reviews.

## THE WASTE CONNECTIONS "WAR" AGAINST TWIN BRIDGES

85.     Waste Connections has declared a "war" against Twin Bridges:



Figure 4 – County Waste memo

86.    As illustrated by Figure 4, Waste Connections, Inc. and County Waste and Recycling Service, Inc. form the same "Waste Connections" company incorporated in Canada and operating from Texas that—since Twin Bridges Waste and Recycling, LLC began operations in July 2019—increased its leading Capital Region Market share by acquiring Robert Wright Disposal (southern Albany County) and Valley View Sanitation, Inc. (northern Saratoga County).

87.    Waste Connections has declared Scott Earl, the owner of Twin Bridges, to be "a little fish in a big pond."[25]

88.    Waste Connections has now set its sights on eliminating Twin Bridges from competing in the Capital Region Market through Anticompetitive Conduct.

89.    Waste Connections has pledged to "win the war" and outlast Twin Bridges in the long term no matter the cost.[26]

90.    The relevant market at issue in this action is the provision Waste Services to residential, commercial and governmental customers within the Capital Region counties of Albany, Fulton, Rensselaer, Saratoga, Washington and Warren (referred to herein as the "Capital Region Market").

91.    The relevant also includes commercial customers in Schenectady County.

92.    Twin Bridges does not have residential customers in Schenectady County.

93.    Upon information and belief, Waste Connections is not engaged in below cost pricing of residential customers in Schenectady County because Twin Bridges does not presently compete with Waste Connections for said residential customers.

94.    Without discovery, the full scope of Waste Connections, Inc. (Canada)'s anticompetitive conduct remains unknown; however, as the facts below demonstrate, plaintiffs'

---

[25] See Figure 4, supra.
[26] Id.

previously filed complaint against Twin Bridges masquerades the truth of the monopolistic war being waged against Twin Bridges by the third-largest waste management company in North America, and the inevitable harm that will befall consumer in the long term if Waste Connections is allowed to succeed.

95.    Further, subsequent to the original complaint filed in the state action, Waste Connections has misappropriated Twin Bridge's tradename by creating a website, originally with a domain name "twinbridgeslitigation.com," that targets with paid Google advertisements persons searching the internet for "Twin Bridges," including existing and prospective customers, for the purpose of confusing and misdirecting web traffic intended for Twin Bridges to defendants' website, where defendants then falsely disparage the good name and reputation of Twin Bridges.

### A.   Waste Connections' Predatory Pricing of Residential Subscription Customers

96.    Since Twin Bridges Waste and Recycling, LLC entered the Capital Region Market in July 2019, Waste Connections has priced its residential subscription-based Waste Services below market cost, including below both Waste Connections and Twin Bridges' anticipated average variable cost, for the purpose of driving Twin Bridges out of the market.

97.    Waste Connections has not engaged in this below-cost pricing as an act of charity or goodwill towards consumers, but rather in an intentional effort to artificially and substantially drive down the market rate for Waste Services in the Capital Region Market to create conditions in which only Waste Connections, and not Twin Bridges, will be able to survive.

98.    For example, Waste Connections has given away over "200,000 free months of service" and "$2 million in free service" to customers in the Capital Region Market where Twin Bridges seeks to compete.[27]

---

[27] See Figure 4, supra.

99.    The 200,000 free months of service given by Waste Connections is the equivalent of one (1) year of free service for over 16,000 customers.

100.    This is more than double the number of residential households in the Town of Halfmoon (total population 24,635)[28] where Twin Bridges maintains its principal offices.

101.    For example, upon information and belief, after 2011 and prior to Twin Bridges' predecessor's entry into the local market, Waste Connections, acting through County Waste, typically charged between $41 and $43 per month for residential subscription-based Waste Services in vicinity of the Town of Halfmoon in Saratoga County.

102.    Upon information and belief, Twin Bridges' predecessor initially sought to charge between $32 and $36 per month for the same residential subscription-based Waste Services in the Halfmoon area.

103.    However, upon information and belief, in response to Twin Bridges' predecessor's attempt to compete in the market, Waste Connections slashed its pricing of residential subscription Waste Services to levels between $26 and $32 per month.

104.    Upon information and belief, in or about March 2019, Twin Bridges' predecessor offered residential subscription-based customers three (3) months of free service and $32 per month thereafter for Waste Services in the Halfmoon area.

105.    In response to this attempted competition, upon information and belief, Waste Connections, acting through County Waste, began offering residential subscription-based customers six (6) months of free service and $20 per month thereafter for Waste Services in the Halfmoon area.

---

[28] See https://www.census.gov/data/tables/time-series/demo/popest/2010s-total-cities-and-towns.html.

106.    For example, depicted below (Figure 5) is a County Waste advertisement sent to residents in the Town of Halfmoon:



Figure 5 – County Waste Advertisement

107.    Upon information and belief, in or about June 2019, Twin Bridges predecessor was offering residential subscription customers three (3) months of free service and $29 per month thereafter for Waste Services in the Halfmoon area.

108.    In response, upon information and belief, County Waste began offering residential subscription customers six (6) months of free service and $18 per month thereafter for waste/recycling collections services in the Halfmoon area.

109.    This is the equivalent of $15 per month over the first 36 months.

110.    In July 2019, defendant Twin Bridges Waste and Recycling, LLC typically charged residential subscription customers between $29 and $32 per month and offered new customers up

to three (3) months of free service for Waste Services.

111.    By August 2019, in response to County Waste's pricing, Twin Bridges began offering residential subscription customers six (6) months of free service and $25 per month thereafter for Waste Services.

112.    In response, County Waste began offering residential subscription customers nine (9) months of free service and $18 per month thereafter for Waste Services.

113.    This is the equivalent of $13.50 over 36 months.

114.    In or about February 2020, Twin Bridges Waste and Recycling, LLC attempted to match Waste Connections' residential subscription-based pricing by offering customers twelve (12) months free and $20 per month thereafter for Waste Services.

115.    This is the equivalent of $13.33 per month over 36 months.

116.    Notably, Waste Connections currently solicits and advertises its Waste Services to residential subscription customers, including customers in Albany and Saratoga counties, at twelve (12) months of free service and $12 per month thereafter.

117.    This is the equivalent of $8 per month over the first 36 months for residential subscription Waste Services.

118.    For example, depicted below (Figure 6) is a County Waste advertisement sent to residents in the City of Saratoga Springs:



Figure 6 – County Waste Advertisement

119.    Upon information and belief, Waste Connections' pricing of waste/recycling collection for residential subscription-based customers at twelve (12) months of free service and then $12 per month thereafter is below Waste Connections' anticipated average variable cost.

120.    Sid pricing is a reduction of as much as 80% of Waste Connections' prior pricing of Waste Services in the Capital Region Market.

121.    Said pricing is below Waste Connections' appropriate measure of costs in the short-term, i.e., anticipated average variable cost.

122.    Said pricing is below Twin Bridges' anticipated average variable cost.

123.    Said pricing is below cost compared to what County Waste and Recycling Services, Inc. charged under the company's prior ownership and management.

124.    Said pricing is below the average cost of approximately $15-27 per month to provide residential Waste Services in the Capital Region Market (depending on route density and associated costs for labor, fuel, maintenance, etc.).

125.    For example, $8 per month does not cover the average cost to collect residential waste and recyclables in the Capital Region Market.

126.    For example, $8 per month ($96 per year) does not cover disposal costs for residential waste and recyclables[29] in the Capital Region Market.[30]

127.    Waste Connections further advertises that "We will beat any competitor's offer."[31]

128.    This is consistent with Waste Connections' predatory pledge to drive Twin Bridges out of the market at any cost.[32]

129.    In fact, when Twin Bridges has attempted to match Waste Connections' residential subscription-based pricing, Waste Connection has offered the customer even lower pricing.

130.    For example, in southern Albany County, Waste Connections offers residential subscription customers as much as two (2) years of free service and then $12 per month thereafter for waste/recycling collection.

131.    This is the equivalent of $4 per month over the first 36 months for residential subscription-based Waste Services.

132.    Upon information and belief, such pricing is below Waste Connections' anticipated average variable cost for providing such services.

133.    Upon information and belief, Waste Connections offered the aforementioned prices

---

[29] Nationally, the average residential household consists of 2.62 people (US Census Bureau, 2015-2019) and produces 4.9 pounds of waste per person (EPA 2018).
[30] The average cost to dispose of waste is approximately $75 to $100 per ton in the Capital Region Market.
[31] See Figure 6, supra.
[32] See Figure 4, supra.

to residential customers solely for the predatory purpose of eliminating Twin Bridges as a long-term Waste Services competitor and thereafter recouping the losses it incurred from its temporary below-cost pricing at the long term expense of Capital Region consumers.

**B.  Waste Connections' Predatory Pricing of Homeowner's Associations**

134.  Waste Connections is engaged in predatory pricing of Homeowners Association (HoA) waste/recycling waste collection services in the Capital Region Market.

135.  For example, Waste Connections, acting through Robert Wright Disposal, has provided residents within the Trinity Manor Homeowner's Association in the Town of Bethlehem, Albany County with two (2) years of free service and then $5 per month thereafter for Waste Services.

136.  This is the equivalent of $1.67 per month over the first 36 months.

137.  Upon information and belief, Waste Connections pricing of $1.67 per month to Trinity Manor residents for said Waste Services is below Waste Connections' anticipated average variable cost for such services.

138.  As an additional example, in response to an RFP to provide Waste Services to The Meadows at Mill Hill in Guilderland, Twin Bridges offered eight (8) months free service and $11 per month thereafter.

139.  Twin Bridges offered this rate to The Meadows in an effort to head off Waste Connections' expected below-cost offer.

140.  Twin Bridges was subsequently notified by the HoA's management company for The Meadows that Twin Bridges had been awarded the contract with a start date of January 1, 2021.

141.  Upon  information  and  belief,  Waste  Connections  then  circumvented  the

management company for The Meadows and directly solicited the HoA board of directors with an offer of eighteen (18) months of free service and $9.50 per month thereafter.

142.    This is the equivalent of $4.75 per month over the first 36 months.

143.    Upon information and belief, Waste Connections pricing of $4.75 per month to The Meadows at Mill Hill for Waste Services is below Waste Connections' anticipated average variable cost to provide such services.

144.    Upon information and belief, Waste Connections has engaged in predatory pricing with regard to other HOAs for which further factual discovery is necessary.

145.    In each example above, Twin Bridges offered a commercially reasonable price based upon its anticipated average variable costs.

146.    Upon information and belief, Waste Connections offered the aforementioned prices to homeowners' associations solely for the predatory purpose of eliminating Twin Bridges as a long-term Waste Services competitor and thereafter recouping the losses it incurred from its temporary below-cost pricing at the long-term expense of Capital Region consumers.

### C.  Waste Connections' Predatory Pricing of Municipal Residential Customers

147.    Waste Connections is also engaged in predatory pricing for municipal residential Waste Services in the Capital Region Market.

148.    For example, Waste Connections submitted a bid of $8.95 per month for each home on a municipal contract for residential Waste Services in the Village of Nassau.

149.    Twin Bridges submitted a bid for the same Village of Nassau contract at $11.11 per month.

150.    Upon information and belief, Waste Connections pricing of $8.95 per month for municipal residential waste collection service to the Village of Nassau is below Waste

Connections' anticipated average variable cost for such services.

151.    As another example, Waste Connections submitted a bid of $5.03 per month for each home on a municipal contract for residential waste collection service in the City of Gloversville.

152.    Twin Bridges submitted a bid for the same City of Gloversville contract at $12.50 per month.

153.    Upon information and belief, Waste Connections pricing of $5.03 per month for municipal residential waste collection service to the City of Gloversville is below Waste Connections' anticipated average variable cost for such services.

154.    As another example, Waste Connections submitted a bid of $74,000 on a municipal contract for residential Waste Services in the Village of Valatie.

155.    Twin Bridges submitted a bid for the same Village of Valatie contract at $117,000.

156.    Upon information and belief, Waste Connections pricing of $74,000 for municipal residential waste collection service to the Village of Valatie is below Waste Connections' anticipated average variable cost for such services.

157.    Upon information and belief, Waste Connections has engaged in predatory pricing with regard to other municipalities for which further factual discovery is necessary.

158.    In each example above, Twin Bridges offered a commercially reasonable price based upon its anticipated average variable costs.

159.    Upon information and belief, Waste Connections offered the aforementioned below-cost prices to municipalities solely for the predatory purpose of eliminating Twin Bridges as a long-term Waste Services competitor and thereafter recouping the losses it incurred from its temporary below-cost pricing at the long-term expense of Capital Region consumers.

### D.  Waste Connections' Predatory Pricing of School District Contracts

160.    Waste Connection has further engaged in the predatory pricing of Waste Services for school districts in the Capital Region Market the purpose of eliminating Twin Bridges from the market.

161.    For example, Twin Bridges submitted a bid for annual Waste Services to the City of Mechanicville School District for the 2019-2020 school year in the amount of $18,510.

162.    Waste Connections, acting through County Waste, submitted a bid on the same City of Mechanicville School District contract for the 2019-2020 school year in the amount of $9,580.

163.    Upon information and belief, Waste Connections pricing of $9,580 for annual Waste Services to the City of Mechanicville School District is below Waste Connections' anticipated average variable cost for such services.

164.    For example, Twin Bridges submitted a bid for annual Waste Services to the Guilderland Central School District for the 2020-21 school year vin the amount of $74,025.00.

165.    Waste Connections (i.e., County Waste) submitted a bid on the same Guilderland Central School District contract for the 2020-231 school year in the amount of $54,558.49.

166.    Upon information and belief, Waste Connections has engaged in predatory pricing with regard to other school districts for which further factual discovery is necessary.

167.    In each of the examples above, Twin Bridges submitted a commercially reasonable bid based upon its anticipated average variable cost.

168.    Upon information and belief, Waste Connections offered the aforementioned below-cost prices to school district solely for the predatory purpose of eliminating Twin Bridges as a long-term Waste Services competitor and thereafter recouping the losses it incurred from its temporary below-cost pricing at the long term expense of Capital Region consumers.

**E. Waste Connections' Predatory Pricing of Commercial Customers**

169.    Waste Connection has engaged in the same predatory pricing of Waste Services to commercial customers for the purpose of excluding Twin Bridges from the market.

170.    For example, Twin Bridges responded to an RFP by Hoffman Homes which operates 11 mobile home parks with 700 trailer units to provide Waste Services at 6 months free and $13 per trailer thereafter.

171.    Hoffman Homes verbally agreed to the proposal from Twin Bridges.

172.    Waste Connections then offered Hoffman one (1) year of free service and $11 per trailer thereafter.

173.    This is the equivalent of $7.33 per trailer over the first 36 months.

174.    Upon information and belief, Waste Connections' pricing of one (1) year of free service and $11 per trailer thereafter for Waste Services to Hoffman is below Waste Connections' anticipated average variable cost for such services.

175.    As another example, Twin Bridges responded to a RFP from The Mansions at Delmar to service 390 apartment units with waste/recycling collection.

176.    Upon information and belief, The Mansions had a contract with Waste Connections that was expiring.

177.    Twin Bridges offered five (5) months of free service and $12.50 per month per unit thereafter.

178.    Waste Connections claimed a contractual right of first refusal and countered with an offer of one (1) year of free service and $11 per month per unit thereafter.

179.    This is the equivalent of $7.33 per month per unit.

180.    Upon information and belief, Waste Connections' pricing of one (1) year of free

service and $11 per month thereafter for Waste Services to The Mansions was below Waste Connections' anticipated average variable cost for such services.

181.    As another example, Twin Bridges offered to provide Waste Services to Hollandale Apartments in Clifton Park for $4,300 per month.

182.    Waste Connections (i.e., County Waste) then offered Hollandale the same service at $3,000 per month.

183.    Upon information and belief, Waste Connections' pricing of $3,000 per month for Waste Services to Hollandale was below Waste Connections' anticipated average variable cost.

184.    As another example, Twin Bridges was providing commercial Waste Services to a commercial customer for a multi-family building in the City of Schenectady for $135 per month.

185.    After the customer was solicited by Waste Connections, Twin Bridges offered one (1) month of free service and then $75 per month thereafter.

186.    In response, Waste Connections offered the customer the same service for $50 per month.

187.    Upon information and belief, Waste Connection's pricing of $50 per month for Waste Services to said commercial customer was below Waste Connections' anticipated average variable cost for such services.

188.    Upon information and belief, Waste Connections has engaged in predatory pricing with regard to other commercial customers for which further factual discovery is necessary.

189.    In each of the examples above, Twin Bridges submitted a commercially reasonable bid based upon its anticipated average variable cost.

190.    Upon information and belief, Waste Connections offered the aforementioned below-cost prices to commercial customers solely for the predatory purpose of eliminating Twin

Bridges as a long-term Waste Services competitor and thereafter recouping the losses it incurred from its temporary below-cost pricing at the long term expense of Capital Region consumers.

191.    As shown by the examples above, Waste Connections has engaged in a widespread practice of predatory pricing in which it offers Waste Services to residential, homeowner's association, municipal, school district and commercial customers in the Capital Region Market below an appropriate measure of cost for the purpose of eliminating competition by Twin Bridges as a competitor.

192.    Said pricing is below Twin Bridges anticipated average costs and below cost compared to what County Waste charged under its prior ownership and management.

193.    Upon information and belief, Waste Connections has engaged in such conduct solely for the purpose of artificially driving down the market rate for Waste Services in the Capital Region Market in order to eliminate Twin Bridges as a competitor.

194.    Upon information and believe, there is a reasonable likelihood that Waste Connections, if permitted to continue its predatory pricing, will succeed in eliminating Twin Bridges from the Capital Region Market in light of, among other things, Twin Bridges' comparative lack of resources as a small business operating exclusively in the Capital Region, as compared to Waste Connections resources as a multinational conglomerate reaping billions of dollars in annual profit.

195.    There is also a dangerous probability that, upon eliminating Twin Bridges from the Capital Region Market, Waste Connections will recoup its short-term financial losses from its predatory pricing scheme at the long-term expense of Capital Region consumers.

196.    Upon information and belief, if allowed to eliminate Twin Bridges from the Capital Region Market through its predatory pricing and Anticompetitive Conduct, Waste Connections

will have commercial and financial incentives to use its monopoly power to increase its prices at will without fear of consequence.

197.    This dangerous probability that Waste Connections will recoup its losses is further heightened because of the essential nature of Waste Services which would, for all practical purposes, require consumers to use Waste Connections for its Waste Services, no matter the price, because of the lack of any viable alternative.

### F.  Waste Connections' Attempt to Restrain Trade Through Never-Ending Residential Contracts

198.    Waste Connections has also engaged in anticompetitive conduct through the use of never-ending residential contracts that effectively prevent consumers from switching their Waste Services provider.

199.    There are substantial barriers to entry and expansion into the Capital Region Market.  A new entrant or incumbent Waste Services provider must be able to achieve minimum efficient scale to be competitive.  First, it must be able to generate enough revenue to cover significant fixed costs and overhead.

200.    A new entrant or incumbent Waste Services provider must be able, on a level playing field, to have reasonably unfettered access to a sufficient number of potential customers in order to utilize its trucks and equipment efficiently and to compete effectively within the market.

201.    A new entrant or incumbent Waste Services provider needs to obtain customers that are close together on its routes thereby allowing a provider to pick up more waste/recyclables in less time (and generate more revenue in less time).  The better a firm's route density, the lower its operating costs.

202.    Until a firm overcomes these barriers, the new entrant or incumbent Waste Services provider will have higher operating costs than Defendants in the relevant geographic

market, may not operate at a profit, and will be unable effectively to compete with pricing by Defendants.

203.    Defendants have entered into written contracts for residential customer Waste Services in the Capital Market where Defendants have market power which makes it extraordinarily difficult and costly for customers to switch to a competitor, and which allow Defendants to retain customers in perpetuity thus damaging and destroying competition.

204.    For example, on or about August 1, 2019, Waste Connections purchased Robert Wright Disposal, Inc.

205.    Prior to August 1, 2019, Robert Wright Disposal Inc. provided Waste Services to residential customers primarily in the Bethlehem and Slingerlands areas of Albany County.

206.    Prior to August 1, 2019, Twin Bridges did not service any customers in the Bethlehem or Slingerlands areas of Albany County.

207.    Upon information and belief, prior to August 1, 2019, Robert Wright Disposal did not use contracts for residential subscription-based customers.

208.    Upon information and belief, in response to the prospect of competition by Twin Bridges, Jerry Wright who was the prior owner of Robert Wright Disposal, told Waste Connections that "I can control Scott Earl."

209.    Upon information and belief, Jerry Wright is now an employee of Waste Connections.

210.    Upon information and belief, immediately after the purchase of Robert Wright Disposal, Waste Connections sent contracts to one or more customers of Robert Wright Disposal that included an automatic renewal provision that requires written notice of termination by the consumer, and upon expiration of the contract term, includes a "right of first refusal" to match any

competitor's price.

211.    For example, attached as "Exhibit B" is a copy of a Robert Wright Disposal "Residential Services Agreement" signed and dated by a customer in August 2020 which contains said automatic renewal provision and right of first refusal.

212.    The automatic renewal provision requiring written notice of termination by the consumer is in violation of NY General Obligations Law Section 5-903.

213.    This right of first refusal provision effectively prevents a consumer from ever changing his or her waste/recycling collection provider so long as Waste Connections' matches a competitor's price.

214.    Waste Connections' use of a "right of first refusal" in residential service contracts is illegal.

215.    Upon information and belief, Waste Connections (i.e., Robert Wright Disposal) has threatened to terminate customers' waste/recycling service if they refused to sign a contract.

216.    Waste Connections has and continues to use these "never ending" residential contracts to exclude competition by Twin Bridges.

217.    For example, Twin Bridges has been told by customers of Robert Wright Disposal who wish to switch to Twin Bridges that they cannot switch their service because they are under contract with Waste Connections.

218.    These illegal, never ending contracts enhance and maintain Defendants' market power in the Capital Region Market by significantly raising the cost and time required by a new entrant or incumbent Waste Services provider to build their customer base and obtain efficient scale and route density and have the intended effect of "freezing out" competitors that would offer better customer service.

219.    Waste Connections' use and enforcement of these illegal contracts in the Capital Region Market raise barriers to entry and expansion in those markets and thus cause harm to competition itself.

220.    The anticompetitive and illegal contract terms (Ex. B) include:

a.    A provision giving Waste Connections the exclusive right to collect and dispose of all the customer's solid waste and recyclable materials;

b.    Lengthy initial terms of 2 or more years;

c.    A renewal provision that automatically renews the contract unless the customer sends Waste Connections' a written notice of cancellation 60 days prior to the end of the initial or any subsequent renewal term;

d.    A provision that requires a customer who terminates the contract at any time to pay as liquidated damages up to 6 times the average monthly charges under the contract;

e.    A "right of first refusal" clause that requires the customer to give Waste Connections notice of any offer by a competing Waste Services provider and Defendant the right of first refusal to match such offer thereby keeping the customer under contract into perpetuity; and

f.    A provision that allows Waste Connections to increase the price charged under the contract to adjust for increase in disposal costs and increases in taxes, fees or other governmental charges thus allowing Waste Connections to engage in predatory pricing to bind customers to the illegal contracts and then increase the prices charged under same to supra competitive levels.

221.    Waste Connections' use and enforcement of the anticompetitive contracts described above has raised barriers to entry; substantially reduced the likelihood that customers

will switch to a competitor even when offered higher quality service; made it more difficult for a new entrant or incumbent Waste Services provider to compete, i.e., achieve efficient scale, obtain sufficient customers to use their trucks efficiently and develop sufficient route density to be profitable; and are specifically directed at "controlling" competition by Twin Bridges.

### G. Waste Connections' Pattern and Practice of Tortious Interference with Twin Bridges' Existing and Prospective Customers

222.    Waste Connections has engaged in a pattern and practice of tortiously interfering with Twin Bridges' existing and prospective customers.

223.    Waste Connections' has employed wrongful means to interfere with Twin Bridge's business relations, including the use of unfair economic pressure, predatory acts, illegal never-ending residential consumer contracts, wrongful cease and desist letters, forged contracts, false statements, threatened enforcement of invalid and illegal contracts, and other improper, wrongful and unlawful conduct.

224.    Waste Connections has acted for the sole purpose of inflicting harm on Twin Bridges.

225.    Upon information and belief, Twin Bridges has lost hundreds of existing and prospective customers due to defendants' tortious interference.

226.    Waste Connections' unfair and predatory acts include, but are not limited to, the following tortious interference through unlawful pricing of Waste Services:

a.    For example, in August 2019, Twin Bridges lost a new residential customer on Placid Drive in Guilderland, NY after County Waste offered the customer one (1) year of free service and then $18.00 per month thereafter.

b.    For example, in November 2020, Twin Bridges had to reduce its pricing to keep a customer on Huckleberry Lane in Ballston Spa after County Waste offered the

customer six (6) months free and then $20.00 per month thereafter.

c.      For example, in March 2020, Twin Bridges lost a new residential customer on Mellon Avenue in Troy, NY, after County Waste offered the customer one (1) year of free service and then $10.00 per month thereafter for two years.

d.      For example, in March 2020, Twin Bridges lost a new residential customer on Peacham Rd. in Watervliet, NY, after County Waste offered the customer one (1) year of free service and then $10.00 per month thereafter.

e.      For example, in March 2020, Twin Bridges lost a new residential customer on Brunswick Park Drive in Troy, NY, after County Waste offered the customer one (1) year of free service and then $10.00 per month thereafter.

f.      For example, in March 2020, Twin Bridges lost a new residential customer on Shaker Bay Road in Latham, NY, after County Waste offered the customer two (2) years of free service and then $16.00 per month thereafter for two years.

g.      For example, in March 2020, Twin Bridges had to reduce its pricing to keep a customer on David Lane in Clifton Park after County Waste offered the customer six (6) months free and then $15.00 per month thereafter.

h.      For example, in April 2020, Twin Bridges lost a new residential customer on Hudson Avenue in Stillwater, NY, after County Waste offered the customer two (2) years of free service and then $12.00 per month thereafter for largest container size.

i.      For example, in August 2020, Twin Bridges lost a new residential customer on W. Poplar Drive in Delmar, NY, after Robert Wright offered the customer two (2) years of free service and $12.00 per month thereafter.

j.     For example, in August 2020, Twin Bridges lost a new residential customer on Carriage Road in Delmar, NY, after Robert Wright offered the customer two (2) years of free service and $12 per month thereafter.

k.     For example, in August 2020, Twin Bridges lost a new residential customer on Trotter Hill in Selkirk, NY, after Robert Wright offered the customer two (2) years of free service and then $12.00 per month thereafter.

l.     For example, in August 2020, Twin Bridges lost a new residential customer on Bridle Path in Selkirk, NY, after Robert Wright offered the customer two (2) years of free service and then $12.00 per month thereafter.

m.     For example, in August 2020, Twin Bridges lost a new customer on Julia Rose Court in Glenmont, NY (Amin), after Robert Wright offered eighteen (18) months of free service, and when Twin Bridge's matched said offer, Robert Wright then offered two and one-half (2.5) years of free service and $20.00 per month thereafter for two years.

n.     For example, in October 2020, one of Twin Bridge's residential customers on Zepko Lane in Ballston Spa, NY, cancelled their service after County Waste offered the customer one (1) year of free service and then $12.00 per month thereafter.

o.     For example, in October 2020, Twin Bridge lost a new residential customer on Anna Court in Selkirk, NY, after Robert Wright offered the customer two (2) years of free service and then $5.00 per month thereafter.

p.     For example, in November 2020, Twin Bridges had to reduce its pricing to keep a customer on Meridian Lane in Ballston Spa after County Waste offered the customer one (1) year free and then $12.00 per month thereafter.

q.   For example, in November 2020, one of Twin Bridge's residential customers on Michelle Drive in Clifton Park, NY, cancelled their service after County Waste offered the customer one (1) year of free service and then $12.00 per month thereafter.

r.   For example, in December 2020, Twin Bridges lost a new residential customer on Terry Ave in Guilderland, NY, after County Waste offered the customer one (1) year of free service and then $12.00 per month thereafter.

s.   For example, in December 2020, one of Twin Bridge's residential customers on Mohawk Ave in Latham, NY, cancelled their service after County Waste offered the customer one (1) year of free service and then $12.00 per month thereafter.

227.   In each of the examples above, Twin Bridges suffered economic harm through the loss of an existing customer with prior service, loss of a customer who had agreed to service with Twin Bridges and/or loss of a service rate that Twin Bridges had to reduce to prevent the loss of the customer.

228.   In addition, Waste Connections has used unfair and predatory acts to interfere with Twin Bridge's existing and prospective commercial customers.

229.   For example, when County Waste learned in October 2019 that one of its commercial customers based in Clifton Park was switching its Waste Services to Twin Bridges for a savings of approximately $8,000 annually, County Waste offered to reduce its pricing by $30,000 in order to prevent Twin Bridges from acquiring the commercial account, which was a reduction of 46% of County's Waste's original pricing.

230.   As another example, after a former County Waste commercial customer on Broadway Ave in Schenectady signed a Waste Services agreement with Twin Bridges in

40

December 2020, County Waste offered to reduce the customer's pricing from $350 per month to $200 per month in order to prevent Twin Bridges from acquiring the commercial account, which was a reduction of 43% of County Waste's original pricing. As a result, Twin Bridges had to reduce their contract price to keep the new customer.

231. As another example, when County Waste learned in February 2021 that one of its commercial customers on Mariaville Road in Rotterdam signed a Waste Services agreement with Twin Bridges for $70 per month, County Waste offered to reduce its pricing from $98 per month to $30 per month, which was a reduction of 69% of County Waste's original pricing, resulting in the customer cancelling their Waste Services with Twin Bridges.

232. As another example, a commercial customer on Hudson River Road in the Town of Waterford signed a contract with Twin Bridges for Waste Services. When Waste Connection learned that the customer was switching to Twin Bridges, Waste Connections solicited the customer and offered a lower price. Waste Connections knew that the customer was under contract with Twin Bridges when it solicited and offered a lower price, including two (2) months of free service and a substantial lower monthly price thereafter subject to a two-year agreement.

233. In each of the examples above, Twin Bridges suffered economic harm through the loss of an existing customer with prior service, loss of a customer who had agreed to service with Twin Bridges and/or loss of a service rate that Twin Bridges had to reduce to prevent the loss of the customer.

234. The foregoing is not an exhaustive list of the unfair and predatory conduct by defendants, but examples of defendants' intentional and wrongful interference with existing and prospective residential and commercial customers of Twin Bridges throughout the Capital Region Market for the sole purpose of inflicting harm on Twin Bridges.

235.    In addition, Waste Connections has sent Twin Bridges over 100 "cease and desist" letters demanding that Twin Bridges not market its services to customers who had an alleged "valid and enforceable contract" with Waste Connections.

236.    In response to each "cease and desist" letter, Twin Bridges sent Waste Connections a letter requesting a copy of the purported contract.

237.    Waste Connections failed to produce a single contract in response to the requests by Twin Bridges.

238.    Upon information and belief, no such contracts existed and/or if such contracts did exist they had expired or were otherwise unenforceable.

239.    Upon information and belief, in each instance the customer was not aware of a contract and/or believed that any such contract had expired.

240.    Upon information and belief, Waste Connections knew and/or should have known that no valid or enforceable contracts existed, and that the intent of Waste Connections' cease and desist campaign was to interfere with Twin Bridges' prospective business relations and exclude Twin Bridges from competition in the Capital Region Market.

241.    For example, upon information and belief, a commercial customer on Fuller Road in the City of Albany who attempted to cancel their service with Waste Connections, in order to switch to Twin Bridges after being repeatedly double billed by County Waste, was told by County Waste that they could not cancel because they were under contract.

242.    When the customer demanded a copy of the contract, County Waste refused to produce one and refused to cancel their service.

243.    The customer ultimately had to hire an attorney whereupon County Waste canceled the service.

244.    Waste Connections has also made false and defamatory statements about Twin Bridges and threatened its own customers to prevent them from switching their service to Twin Bridges.

245.    For example, a commercial customer on Brookview Station Road in Castleton-on--Hudson switched to Twin Bridges for service after the customer purchased a building in 2019.

246.    Twin Bridges sent a letter to Waste Connections (County Waste) notifying that the customer advised it was not under a contract with County Waste.

247.     In response, upon information and belief, County Waste contacted the customer and falsely claimed that an enforceable contract existed; threatened that the customer would lose in court to County Waste if it breached the contract; made false and derogatory comments about Twin Bridges and its owner Scott Earl; falsely told the customer that Twin Bridges would sell its business to a Canadian company in 6 months; threatened that the customer would be "shit out of luck" looking for new service; falsely told the customer that Twin Bridges would raise its price; and said that the customer would pay more than what County Waste was offering.

248.    When the commercial customer demanded a copy of the purported contract that the customer signed, County Waste could not produce one.

249.    Instead, County Waste produced a contract signed by the prior owner of the building.

250.    Waste Connections, acting through County Waste, has also refused to allow commercial customers to exercise early termination provisions in their contracts.

251.    For example, a commercial customer on Route 9 in Clifton Park contacted Twin Bridges to switch their service.

252.    Upon information and belief, County Waste produced a contract to the customer that included an early termination provision.

253.    Upon information and belief, when the customer attempted to exercise the right of early termination, County Waste refused to cancel their service and told the customer "you can never leave us."

254.    In addition to sending "cease and desist" letters for non-existent contracts, Waste Connections has, upon information and belief, forged and falsified terms and/or signatures on customer contracts in order to prevent customers from switching their Waste Services to Twin Bridges.

255.    For example, upon information and belief, Waste Connections (i.e., County Waste) forged a contract and electronic signature of a former sales manager to extend the term of a contract with the Greens at McGregor Links Homeowner's Association in Clifton Park after the sales manager left the employment of County Waste.

256.    The original contract signed by the sales manager in 2012 with the HoA was for five (5) years.

257.    In 2019, the HoA wanted to switch is waste/recycle collection service to Twin Bridges.

258.    County Waste told the HoA that it could not switch service because the contract period had not expired.

259.    When the HoA requested a copy of the purported contract, County Waste produced a contract that included a new addendum with a 10-year term that was not part of the original contract.

260.     Upon information and belief, the contract was falsified by County Waste to include the 10-year term to prevent the HoA from switching service to Twin Bridges.

261.     Upon information and belief, Waste Connections has also falsely told customers for whom they could not produce a written contract that they could not switch to Twin Bridges because an "email contract" existed between the customer and Waste Connections, when in fact no such contract existed and/or was not enforceable.

262.     For example, in November 2019, Twin Bridges was contacted by a commercial customer on Quarry Road int the Town of New Scotland who wanted to switch from Waste Connections (i.e., County Waste).

263.     The customer advised that it had been service by County Waste for over 10 years and was not under contract.  When the customer contacted County Waste to terminate its service and collect its dumpsters, County Waste claimed that the customer was under contract and produced a purported "email contract" that was not signed.

264.     The purported "email contract" also included a 36-month term with maximum price increases of 5% in the second and third years.  Yet, the customer's monthly price had been increased from $80 to $120 per month, evidencing that no such contract was performed.

265.     Waste Connection further falsely told the commercial customer that Twin Bridges was "low balling everyone" and falsely said that Twin Bridges did not have any dumpsters (when Twin Brides' dumpsters had in fact already been delivered to the customer).

266.     Upon information and belief, Waste Connections, acting through County Waste, has also told numerous homeowner's associations that they are under an exclusive contract for Waste Services with Waste Connections, when in fact no such contract exists.

267.    For example, upon information and belief, Waste Connections has told homeowner's associations in the Halfmoon area (i.e., Sheldon Hills, River Crest and Knox Woods) and the Luther Forest are (i.e., Fox Wander West, Thimbleberry and Ermine Lair), that residents are required to use Waste Connections pursuant to an exclusive contract with the HoA, and that such residents cannot switch their Waste Service to Twin Bridges.

268.    Upon information and belief, no such valid and enforceable contracts exist, and residents of the HoAs are free to contract with any Waste Service provider of their choice.

269.    As a result of defendants' unlawful cease and desist letters, refusal to allow customers to exercise early termination provisions, forgery and falsifying of contracts, and threats to enforce non-existent contracts, Twin Bridges has suffered loss of prospective business relations.

### H.  Waste Connections' Refusal to Deal with Twin Bridges and Denial of Access to Transfer Stations and Landfills

270.    Waste Connections has refused to deal with Twin Bridges Waste and Recycling, LLC and denied Twin Bridges access to Waste Connections transfer stations and landfills.

271.    Waste Connections owns and/or operates the following transfer stations and landfills that service waste and recyclables collected from the Capital Region Market: Canaan Transfer Station; Clifton Park Transfer Station; Schenectady Transfer Station; Troy Transfer Station; Colonie Landfill; Dunn Landfill; Fort Ann Transfer Station; Sierra Processing and Seneca Meadows Landfill.

272.    Waste Connections has a leading market share in the ownership and operation of transfer stations and landfills in the Capital Region Market.

273.    Upon information and belief, Waste Connections is in the process of acquiring additional transfer stations and landfills in the Capital Region Market.

274.    Upon information and belief, Waste Connections has surplus landfill capacity compared to the limited capacity of the two other landfills operating in the Capital Region.

275.    Waste Connections' market share of waste/recycling transfer stations and landfills in the Capital Region Market constitutes a monopoly or attempt to monopolize said market.

276.    Twin Bridges does not own its own landfill.

277.    Twin Bridges ships part of its waste out-of-state which has associated increased costs.

278.    Upon information and belief, Waste Connections has instructed its transfer stations and landfills not to accept waste/recyclables from Twin Bridges.

279.    Waste Connections has refused Twin Bridges access to its transfer stations and landfills.

280.    Upon information and belief, Waste Connections has refused Twin Bridges traditional discount pricing on waste/recycling disposal that Waste Connections offers to other waste management companies and competitors.

281.    Waste Connections' efforts to deny Twin Bridges access to local transfer stations and landfills are for the purpose of excluding Twin Bridges from the waste/recycling collection and disposal market in the Capital Region and causing financial harm to Twin Bridges.

### I.    Waste Connections' Collusion with Others to Refuse to Deal with Twin Bridges

282.    Upon information and belief, Waste Connections has attempted to collude with other waste management companies to refuse to deal with Twin Brides Waste and Recycling, LLC in order to restrict and exclude Twin Bridges from competing in the Capital Region Market.

283.    Upon information and belief, the President and Chief Executive Officer of Waste Connections, Inc. (Canada), Worthing F. Jackman has discussed and proposed to other waste management companies in the Capital Region area that they refuse to deal with Twin Bridges.

284.    Upon information and belief, Waste Connections has told other transfer station and landfill owners/operators to refuse to deal with Twin Bridges access and to deny Twin Bridges access to their disposal facilities.

285.    Upon information and belief, Waste Connections has told other waste haulers not to do business with Twin Bridges or they will be excluded from disposing waste at Waste Connections' facilities.

286.    Upon information and belief, Waste Connections has told other waste haulers not to post positive comments about Twin Bridges on social media.

287.    Upon information and belief, the purpose of Waste Connections' attempted collusion efforts is to restrict and exclude competition from Twin Bridges in the Capital Region Market and to prevent Twin Bridges from disposing of waste at local waste disposal sites.

288.    Upon information and belief, the intent of Waste Connections collusion efforts is to maintain and/or create a monopoly in the local waste/recycle collection and disposal market and to restrict or exclude competition from Twin Bridges.

**J.    Waste Connections' Defamatory Statements About Twin Bridges**

289.    On or before August 15, 2020, Susan Wright, an owner, officer, employee, and/or agent of plaintiff Robert Wright Disposal, Inc., published and disseminated a letter (the "Susan Wright letter") regarding Twin Bridges and its owner Scott Earl.

290.    The Susan Wright letter states that Scott Earl "was indicted for defrauding Colonie Landfill by falsifying weight tickets."

291.    The aforesaid statement is false.

292.    The Susan Wright letter asserts the statements contained therein as facts and further states "I am asking you to consider the facts before becoming a Twin Bridges customer and stick

with the local [Robert Wright Disposal] hauler."

293.    The Susan Wright letter was posted and/or shared on Facebook where it was urged "to read and share the attached letter from Susan Wright explaining the facts surrounding the sale of Robert Wright Disposal to Waste Connections and the attempt of Twin Bridges Waste and Recycling to lure away existing customers."

294.    Robert Wright Disposal, through its owner, officer, employee, and/or agent, Susan Wright, intended, and a reasonable reader of the Susan Wright letter would understand, that Robert Wright Disposal was accusing the owner and principal of Twin Bridges, Scott Earl, of being charged with wire fraud, mail fraud, or other fraud-related crimes by the Department of Justice or other law enforcement or prosecutorial office.

295.    Robert Wright Disposal made its statement through the Susan Wright letter with the purpose and effect of having others, including Michelle Malone Helm, and other users on Facebook, to repeat those statements to residents, customers, or potential customers throughout the Capital District, including in Albany County.

296.    The Susan Wright letter was posted and shared on the internet where it could be viewed by any Facebook user, including current and prospective customers of Twin Bridges and other individuals in the Capital Region Market.

297.    Persons other than Scott Earl and Twin Bridges have viewed the August 15, 2020 Facebook post of the Susan Wright letter and read and heard the defamatory statements contained therein.

298.    On August 21, 2020, the Times Union published an article entitled "Capital Region trash companies at war again over customer base," that refers to the Susan Wright letter and stated "Susan Wright from Robert Wright Disposal wrote a letter and posted in on Facebook warning

residents to think twice before making the switch [to Twin Bridges] . . . ."

299.    Robert Wright Disposal's statements in the August 15, 2020 Susan Wright letter are false and defamatory.

300.    At the same time the Susan Wright letter was published, Waste Connections through its newly acquired subsidiary Robert Wright Disposal, Inc., was attempting to maintain its monopolistic stronghold in southern Albany County by locking down its residential subscription customers with illegal contracts.

301.    Robert Wright Disposal knew that the statement contained in the Susan Wright letter were false and/or acted in reckless disregard for the truth or falsity of those statements.

302.    Because the defamatory statements contained in the Susan Wright letter accuse Twin Bridges' owner and principal Scott Earl of a serious crime and injured Twin Bridges' reputation, those statements are defamatory *per se*.

303.    Robert Wright Disposal through its owner, officer, employee, and/or agent Susan Wright, made its false and defamatory statements in a deliberate effort to discredit Twin Bridges and Scott Earl, and did so with the purpose and effect of having others repeat such false and defamatory statements and thereby damage Twin Bridges' reputation, knowing the statements were false.

304.    Robert Wright intended its false statements to be specific statements of fact and were published on a social media platform and would be understood by those who read the statements to be specific factual claims by Robert Wright that Twin Bridges' owner and principal Scott Earl had committed a crime of defrauding a municipality by falsifying weight tickets.

305.    The conduct by Robert Wright Disposal through the Susan Wright letter, was wrongful and done to intentionally interfere with and harm Twin Bridges' prospective business relations and opportunity to provide Waste Services in the Capital Region Market.

### K.  Effect on Interstate Commerce

306.    The provision of Waste Services is a trade or commerce among the several states and foreign nations as exemplified by Waste Connections, Inc.'s (Canada's) revenue generating operations throughout North America and the United States.

307.    Competing Waste Services providers in the Capital Region Market also include third-parties located outside of New York State, such as Casella Waste Systems which is based in Rutland, Vermont.

308.    Commercial, residential and municipal Waste Services in the Capital Region Market are contracted for and/or publicly bid on by Waste Services providers across state lines, and a substantial amount of waste and recyclables collected and/or disposed of by such providers move across state lines.

309.    For example, Twin Bridges routinely disposes of waste and recyclables collected in the Capital Region Market at disposal facilities located outside of New York State, including at facilities located in Pennsylvania.

310.    At all times relevant herein, defendants' anticompetitive and unlawful conduct has occurred within the flow of interstate commerce and has substantially and adversely affected interstate commerce, including a direct, substantial and foreseeable effect on interstate commerce through private and public contracts; invoices; payments; purchases of equipment, supplies and fuel; employment of employees, consultants and contractors; and other services and documents essential to the provision of Waste Services transmitted in interstate commerce by and among the

offices of the plaintiffs, defendants, third-parties, and their customers.

311.    Defendants' anticompetitive and unlawful conduct has also adversely affected Twin Bridge's ability to obtain and/or pay for out-of-state disposal facilities and related costs; equipment such as trucks manufactured outside of New York; supplies purchased from out-of-state sellers; fuel supplied and/or purchased out-of-state; services provided by out-of-state consultants, including regulatory, administrative and financial services; as well as the ability to secure financing from out-of-state financial institutions and organizations.

### L.  Parallel State Court Litigation

312.    Twin Bridges originally filed its Sherman Antitrust Act claims as counterclaims in a pending action commenced by defendants County Waste and Robert Wright Disposal in the New York State Supreme Court, Albany County (Index No. 906904-20) ("the state court action").  After a motion to dismiss was filed by defendants in the state court action objecting to the state court's jurisdiction to adjudicate the Sherman Act claims, plaintiff amended its state court counterclaims and withdrew the Sherman Act causes of action without prejudice. At the same time, plaintiff commenced this parallel federal action.

**COUNT I**
**ATTEMPT TO MONOPOLIZE**
*Predatory Pricing - 15 U.S.C. § 2*

313.    Plaintiff Twin Bridges repeats and realleges each of the paragraphs above as if fully set forth herein in full.

314.    At all relevant times, Waste Connections has intentionally attempted to monopolize the trade or commerce of Waste Services in the Capital Region Market to stifle competition and eliminate consumer choice through predatory pricing designed to weaken and reduce competition with respect to significant customers or to an essential portion of the market.

315.    Upon Twin Bridges' entry into the Capital Region Market, Waste Connections began an unlawful and anticompetitive attempt to utilize predatory pricing with the intention and expectation of permanently eliminating Twin Bridges as a competitor and thus securing a monopoly over waste/recycling collection and disposal services ("Waste Services") in the Capital Region Market.

316.    In furtherance of this scheme, since in or about 2019, and continuing to date, Waste Connections has engaged in a sustained campaign of offering Waste Services to prospective residential, commercial, and governmental customers at prices well below its appropriate measure of costs in the short term, i.e., anticipated average variable costs for such services.

317.    Upon information and belief, Waste Connections has engaged in such conduct with the specific intention and reasonable expectation that its below-cost pricing would cause the market rate for Waste Services in the Capital Region Market to plummet to artificially low and unprofitable levels.

318.    Upon information and belief, Waste Connections engaged in such predatory pricing with the specific intention and reasonable expectation that, by intentionally causing the market rate for Waste Services in the Capital Region Market to fall to artificially low and unprofitable levels, Twin Bridges would ultimately be unable to earn sufficient revenue necessary to survive in the Capital Region Market and would permanently be eliminated as a competitor.

319.    Upon information and belief, Waste Connections engaged in such conduct with the specific intention and reasonable expectation that, upon eliminating Twin Bridges as a competitor, it will recoup its self-inflicted, short-term, lost revenue by raising the price of its Waste Services to levels the market would not have permitted but for its elimination of Twin Bridges as a competitor and resulting monopoly.

320.    Upon information and belief, if not enjoined, there is a dangerous probability that Waste Connections will succeed it its anticompetitive attempt to eliminate Twin Bridges as a competitor through predatory pricing, establish a monopoly, and ultimately do harm to consumers in the Capital Region Market.

321.     Twin Bridges is highly susceptible to Waste Connections predatory pricing scheme due its inability to survive significant, sustained financial losses caused by Waste Connections' intentional, engineered collapse in the market rate for Waste Services.

322.    Twin Bridges is a local small business and relative newcomer in the market, with modest financial resources and revenue generated almost entirely from Waste Services provided exclusively in the Capital Region.

323.    In contrast, Waste Connections is well-positioned to execute its predatory pricing scheme and succeed in its unlawful anticompetitive efforts to drive Twin Bridges from the market at the expense of Capital Region consumers.

324.    Waste Connections is an immense, multinational corporation that annually earns billions of dollars in profits through its domination of Waste Services and other markets throughout North America and the world.

325.    Upon information and belief, in contrast to Twin Bridges, Waste Connections will not face any existential risk from its self-inflicted, short-term loss of revenue caused by its calculated, anticompetitive decision to price its Waste Services in the Capital Region Market at levels below its anticipated average variable costs.

326.    Upon information and belief, Waste Connections can and will absorb its short-term lost revenue resulting from its predatory pricing by relying upon the billions in profits it generates from Waste Services in other markets and other products and services it provides throughout the

world.

327.    In addition, to the likelihood that Waste Connections will succeed in driving Twin Bridges out of the market through predatory pricing if not enjoined, it is also likely that Waste Connections will succeed in recouping its lost revenue resulting from its predatory pricing after driving Twin Bridges from the market and securing a monopoly.

328.    The likelihood that Waste Connections will recoup such lost revenue is supported by, among other things:

a.    The numerous price cuts and other incentives that Waste Connections implemented in response to Twin Bridges' entry into the market which Waste Connections would have no incentive to continue without continued competition, and which would likely be withdrawn in order to recoup lost revenue arising from its predatory pricing;

b.    The additional Waste Services market share Waste Connections would obtain upon after eliminating Twin Bridges from the market and upon which it could draw in order to recoup lost revenue arising from its predatory pricing;

c.    The lack of any other competitors besides Twin Bridges that could provide competitive balance, offer consumer choice, and/or restrain Waste Connections' ability to raise prices on consumers at will to recoup lost revenue arising from its predatory pricing;

d.    The essential nature of the Waste Services at issue which eliminates consumers' practical ability to boycott Waste Connections – prospectively the sole provider of such services – as a means to protest price increases designed to recoup lost revenue arising from its predatory pricing;

e.    The vast size and ample financial resources of Waste Connections which would virtually guarantee their long-term viability in the Capital Region Market for a duration at least sufficient to recoup its lost revenue arising from its predatory pricing; and

f.    The rapidly expanding need for Waste Services in the Capital Region Market, which Waste Connections would prospectively be in sole position to capitalize on in, as means to recoup revenue lost as a result of its efforts to eliminate Twin Bridges as a competitor through predatory pricing.

329.    There is no legitimate business justification for defendants' conduct.

330.    Waste Connections' conduct has caused and will continue to cause injury to the competition in the Capital Region Market.

331.    Defendants' predatory pricing conduct constitutes a violation of the Sherman Antitrust Act, 15 U.S.C. § 2.

332.    Twin Bridges has suffered damages as a result of Waste Connections' anticompetitive attempt to monopolize trade through predatory pricing, including, but not limited to, lost revenue and profits, lost business opportunities, harm to its goodwill and reputation, increased costs of doing business, and attorneys' fees, plus interest thereon, and will continue to suffer additional and further damages unless and until such predatory pricing is enjoined.

**COUNT II**
**ATTEMPT TO MONOPOLIZE**
*Anticompetitive Waste Services Contracts and*
*Other Anticompetitive Conduct - 15 U.S.C. § 2*

333.    Plaintiff Twin Bridges repeats and realleges each of the paragraphs above as if fully set forth herein in full.

334.    At all relevant times, Waste Connections has intentionally attempted to monopolize the trade or commerce of Waste Services in the Capital Region Market to stifle competition and eliminate consumer choice through exclusionary behavior designed to weaken and reduce competition with respect to significant customers or to an essential portion of the market.

335.    Waste Connections has attempted to attain said monopoly by engaging in a broad range of sustained anticompetitive conduct including, among other things, preventing or restricting Twin Bridges from contracting with customers for Waste Services in the Capital Region Market through its use of never-ending and/or automatically renewing customer contracts, its use of false and unlawful "cease and desist" letters where no valid or enforceable contract existed, the falsifying and forging of customer contracts, false representations to customers regarding purported contract requirements, false and defamatory statements about Twin Bridges, threatening its own customers to prevent them from switching their service to Twin Bridges, and by conspiring and colluding with third parties to restrict and restrain Twin Bridges efforts to compete in the Capital Region Market for Waste Services (collectively, the "Anticompetitive Conduct").

336.    At all relevant times, the Anticompetitive Conduct constituted improper and unlawful behavior that sought to unreasonably restrict competition and consumer choice in the Waste Services market in the Capital Region.

337.    Upon information and belief, at all relevant times, Waste Connections engaged in such Anticompetitive Conduct in an effort to eliminate Twin Bridges as a Waste Services competitor in the Capital Region Market and thereby gain monopoly power over Waste Services in the Capital Region Market.

338.    Upon information and belief, the aforementioned Anticompetitive Conduct by Waste Connections creates a dangerous probability that Waste Connections will succeed in

achieving monopoly power by eliminating Twin Bridges as a competitor due to, among other things, its control and dominance in the relevant market as compared to Twin Bridges and its power to control access to customers and essential facilities necessary to Twin Bridges business.

339.    There is no legitimate business justification for defendants' conduct.

340.    Waste Connections' conduct has caused and will continue to cause injury to the competition in the Capital Region Market.

341.    Defendants' anticompetitive conduct constitutes a violation of the Sherman Antitrust Act, 15 U.S.C. § 2.

342.    Twin Bridges has suffered damages as a result of Waste Connections' anticompetitive attempt to monopolize trade through its Anticompetitive Conduct, including, but not limited to, lost revenue and profits, lost business opportunities, harm to its goodwill and reputation, increased costs of doing business, and attorneys' fees, plus interest thereon, and will continue to suffer additional and further damages unless and until such predatory pricing is enjoined.

## COUNT III
## ATTEMPT TO MONOPOLIZE
### *Refusal of Access to Disposal Facilities - 15 U.S.C. § 2*

343.    Plaintiff Twin Bridges repeats and realleges each of the paragraphs above as if fully set forth herein in full.

344.    Upon information and belief, at all relevant times, Waste Connections is and has been the owner of all waste/recycling disposal facilities in the Capital Region Market which possess sufficient capacity and infrastructure to reasonably accommodate the volume of waste collected by Twin Bridges in its Waste Services operations on a sustained basis.

345. Upon information and belief, there are no other waste/recycling disposal facilities located in the Capital Region Market capable of reasonably accommodating the volume of current and future waste to be collected by Twin Bridges in the Capital Region Market on a sustained basis.

346. Waste Connections owns or operates no fewer than nine waste/recycling disposal facilities within the Capital Region Markets (collectively, the "Disposal Facilities").

347. The Disposal Facilities are capable of reasonably accommodating the volume of waste collected by Twin Bridges in its Waste Services operating in the Capital Region Market on a sustained basis.

348. By virtue of Waste Connections status as the owner and/or operator of the Disposal Facilities it has significant monopoly power over the waste/recycling disposal facilities within the Capital Region Market.

349. At all relevant times, Waste Connections has intentionally and unreasonably utilized its significant monopoly power over waste/recycling disposal facilities in the Capital Region Market by unreasonably refusing Twin Bridges access to the Disposal Facilities.

350. Upon information and belief, Waste Connections secured ownership and/or control over the Disposal Facilities with the intention of vertically integrating its Waste Services operations and precluding competition from other Waste Services competitors in the Capital Region Market, including Twin Bridges, from accessing essential waste/recycling disposal facilities.

351. Access to the Disposal Facilities is essential and indispensable to Twin Bridges, and any other similarly situated provider of Waste Services in the Capital Region Market.

352.    Waste/recycling disposal facilities with sufficient capacity and infrastructure to reasonably and sustainably support the volume of waste collected by Twin Bridges cannot be easily duplicated due to, among other things, the immense regulatory obstacles to opening such facilities and the prohibitive cost involved in building and operating such facilities.

353.    Upon information and belief, Waste Connections intention and expectation in unreasonably refusing Twin Bridges access to the Disposal Facilities was to eliminate Twin Bridges as a Waste Services competitor in the Capital Region Market and thus gain monopoly power over Waste Services in the Capital Region Market by denying Twin Bridges the ability to access a scarce and essential resource necessary to its business.

354.    By using its significant monopoly power over waste/recycling disposal facilities in the Capital Region to refuse Twin Bridges access to the Disposal Facilities, Waste Connections has unreasonably caused Twin Bridges to incur substantial, unnecessary, and unsustainable costs associated with trucking waste to suitable facilities that are located outside of the Capital Region Market.

355.    Twin Bridges additional costs include additional labor, fuel, and supply costs, as well the increased tipping fees charged by other waste/recycling disposal facilities.

356.    There is a dangerous probability that Waste Connections will succeed in achieving and solidifying monopoly power over the relevant market if not enjoined as a result of the substantial, unnecessary, and unstainable costs to Twin Bridges resulting from Waste Connections denial of access to the Waste Disposal Facilities, the essential nature of the Waste Disposal Facilities to Twin Bridges' sustained operations, and Waste Connections' more dominant position in the marketplace, among other things.

357.    There is no legitimate business justification for defendants' conduct.

358.    Waste Connections' conduct has caused and will continue to cause injury to the competition in the Capital Region Market.

359.    Defendants' refusal of access constitutes a violation of the Sherman Antitrust Act, 15 U.S.C. § 2.

360.    Twin Bridges has suffered damages as a result of Waste Connections' intentional and unreasonable attempt to monopolize Waste Services in the Capital Region Market, including, but not limited to, lost revenue and profits, lost business opportunities, harm to its goodwill and reputation, increased costs of doing business, and attorneys' fees, plus interest thereon, and will continue to suffer additional and further damages unless and until such anticompetitive conduct is enjoined.

## COUNT IV
## DECLARATORY RELIEF

361.    Plaintiff Twin Bridges repeats and realleges each of the paragraphs above as if set forth herein in full.

362.    By reason of the foregoing, a justiciable controversy exists among the parties, for which, in part, there is no adequate remedy at law.

363.    Plaintiff is entitled to declaratory relief adjudicating the parties' respective rights and obligations, declaring that defendants are in violation of applicable law and adjudging the relief and damages sought herein, including but not limited to an award of compensatory, treble, punitive and/or injunctive relief.

### DEMAND FOR JURY TRIAL

364.    Plaintiff Twin Bridges Waste and Recycling, LLC demands a trial by jury on all issues so triable.

**WHEREFORE,** plaintiff Twin Bridges Waste and Recycling, LLC demands judgment against defendants, jointly and severally, as follows:

A.  Compensatory damages in an amount to be determined at trial;

B.  Treble damages to the fullest extent permitted by law;

C.  Punitive damages in amounts to be determined at trial;

D.  Declaring that defendants' conduct be adjudged and decreed to have violated applicable law;

E.  Ordering injunctive relief to enjoin defendants from future conduct in violation of applicable law;

F.  Awarding defendant Twin Bridges attorney's fees, disbursements and costs;

G.  Awarding defendant Twin Bridges both pre- and post-judgment interest on any amounts awarded; and

H.  Granting such other and further relief that this Court deems just and proper.

Dated: March 8, 2021

Respectfully submitted,

*s/ William J. Dreyer*

_____
William J. Dreyer, Esq.
Donald W. Boyajian, Esq.
James R. Peluso, Esq.
DREYER BOYAJIAN LLP
75 Columbia Street
Albany, New York 12210
Telephone: (518) 463-7784
wdreyer@dblawny.com
dboyajian@dblawny.com
jpeluso@dblawny.com

*Counsel for Plaintiff Twin Bridges*
*Waste and Recycling, LLC*

# Exhibit A

EX-21.1 3 ex-21d1.htm EX-21.1

**EXHIBIT 21.1**

SUBSIDIARIES OF WASTE CONNECTIONS, INC.

| Subsidiary | Jurisdiction of Formation | Other Names Under Which Conducts Business |
|---|---|---|
| 10100 HOLDINGS, LLC | Colorado | |
| 115 W MAIN HOLDINGS, LLC | Colorado | |
| 1755869 ALBERTA ULC | Alberta | |
| 1895548 ONTARIO LIMITED | Ontario | |
| 1922464 ALBERTA LTD. | Alberta | |
| 19TH & LOWER BUCKEYE, LLC | Delaware | |
| 2201080 ALBERTA ULC | Alberta | |
| 2201093 ALBERTA ULC | Alberta | |
| 2201898 ALBERTA ULC | Alberta | |
| 2596557 ONTARIO LTD. | Ontario | |
| 2900 DEDE ROAD, LLC | Maryland | |
| 371 BRIAN HOLDINGS, LLC | Colorado | |
| 9164-9608 QUEBEC INC. | Quebec | |
| 9199-5290 QUEBEC INC. | Quebec | |
| A.C.M.S., INC. | Florida | Heart of Florida Environmental |
| ACE SOLID WASTE, INC. | Minnesota | |
| ADVANCED SYSTEMS PORTABLE RESTROOMS, INC. | Oregon | Advanced Mobile Storage |
| | | Advanced Systems Portable Restrooms |
| | | McDonald Portable Toilets |
| ALASKA WASTE-DENALI, LLC | Alaska | |
| ALASKA WASTE-DUTCH HARBOR, LLC | Alaska | |
| ALASKA WASTE-INTERIOR, LLC | Alaska | |
| ALASKA WASTE-JUNEAU, LLC | Alaska | |
| ALASKA WASTE-KENAI PENINSULA, LLC | Alaska | |
| ALASKA WASTE-KETCHIKAN, LLC | Alaska | |
| ALASKA WASTE MAT-SU, LLC | Alaska | |
| ALASKA WASTE-NOME, LLC | Alaska | |
| ALASKA WASTE-SITKA, LLC | Alaska | |
| AMERICAN DISPOSAL COMMERCIAL SERVICES, INC. | Virginia | |
| AMERICAN DISPOSAL COMPANY, INC. | Washington | Vashon Disposal |
| AMERICAN DISPOSAL MAINTENANCE SERVICES, INC. | Virginia | |
| AMERICAN DISPOSAL PROPERTY HOLDINGS, LLC | Delaware | |
| AMERICAN DISPOSAL RECYCLING SERVICES, INC. | Virginia | |
| AMERICAN DISPOSAL ROLL-OFF SERVICES, INC. | Virginia | |
| AMERICAN DISPOSAL SERVICE OF GEORGIA, INC. | Georgia | |
| AMERICAN DISPOSAL SERVICES, INC. | Virginia | |
| AMERICAN DISPOSAL SERVICES OF COLORADO, INC. | Colorado | |
| AMERICAN DISPOSAL SERVICES OF MARYLAND, INC. | Virginia | |
| AMERICAN RECYCLING CENTER, INC. | Virginia | |
| ANDERSON COUNTY LANDFILL, INC. | Delaware | Anderson County Landfill |
| ANDERSON REGIONAL LANDFILL, LLC | Delaware | |
| ARKANSAS RECLAMATION COMPANY, LLC | Arkansas | |
| AULC HOLDINGS, LLC | Delaware | |
| AUSTIN LANDFILL HOLDINGS, INC. | Delaware | |
| BAY DISPOSAL, LLC | Virginia | |
| BAY DISPOSAL HOLDINGS, INC. | Delaware | |
| BAY DISPOSAL PROPERTY HOLDINGS, LLC | Delaware | |
| BETHLEHEM LANDFILL COMPANY | Delaware | Bethlehem Landfill Company |
| BISON BUTTE ENVIRONMENTAL, LLC | Minnesota | |
| BITUMINOUS RESOURCES, INC. | Kentucky | Hopkins County Regional Landfill |
| BLOSSOM PRAIRIE LANDFILL, INC. | Texas | |
| BLUE RIDGE LANDFILL COMPANY | Pennsylvania | Blue Ridge Landfill Company |
| BRENT RUN LANDFILL, INC. | Delaware | Brent Run Landfill |
| BROADACRE LANDFILL, INC. | Colorado | Pueblo Landfill and Recycling Center |
| BULLDOG ACQUISITION, LLC | Delaware | Bulldog Systems LLC |
| BULLDOG WEST END HOLDINGS, INC. | Delaware | |
| BUTLER COUNTY LANDFILL, INC. | Nebraska | |
| CALPET, LLC | Wyoming | |
| CAMINO REAL ENVIRONMENTAL CENTER, INC. | New Mexico | |
| CAPITAL REGION LANDFILLS, INC. | New York | |
| CAROLINA LANDFILL, LLC | South Carolina | |
| CAROLINA PROCESSING & RECYCLING, LLC | South Carolina | |
| CAROLINA WASTE & RECYCLING, LLC | South Carolina | |
| CARPENTER WASTE HOLDINGS, LLC | New York | Carpenter Waste |
| | | Carpenter Waste Removal |
| CH4, LLC | Illinois | |
| CHAMBERS DEVELOPMENT OF NORTH CAROLINA, INC. | North Carolina | Anson County Landfill |
| CHAMP LANDFILL COMPANY, LLC | Missouri | Champ Landfill Company |

| Company | State | DBA/Service |
|---|---|---|
| CHEROKEE SANITARY LANDFILL COMPANY | Arkansas | Cherokee Sanitary Landfill Company |
| CHIMNEY BUTTE ENVIRONMENTAL L.L.C. | Minnesota | |
| CHIQUITA CANYON, INC. | Delaware | |
| CHIQUITA CANYON, LLC | Delaware | Chiquita Canyon Landfill |
| CLAY BUTTE ENVIRONMENTAL, LLC | Minnesota | |
| CLIFTON ORGANICS, LLC | New York | |
| COLD CANYON LAND FILL, INC. | California | Cold Canyon Processing Facility |
| COLUMBIA RESOURCE CO., L.P. | Washington | |
| COLUMBIA RIVER DISPOSAL, INC. | Washington | Bingen Garbage Service |
| | | Skamania County Sanitary Service |
| COMMUNITY REFUSE DISPOSAL, INC. | Nebraska | |
| COMPLEXE ENVIRO CONNEXIONS LTEE | Canada | |
| CORRAL DE PIEDRA LAND COMPANY | California | |
| COUNTY WASTE AND RECYCLING SERVICE, INC. | New York | Ace Carting |
| | | County Waste |
| | | D.J.'s Roll Off Service |
| | | Hardesty and Sons Sanitation |
| | | Spaulding Waste Services |
| | | Superior Waste |
| | | Valley View Sanitation Services |
| COUNTY WASTE TRANSFER CORP. | New York | Troy Transfer |
| | | Troy Transfer Station |
| COUNTY WASTE -- ULSTER, LLC | New York | Big Top Disposal |
| COUNTY WASTE - CANAAN B3 TRANSFER STATION, LLC | New York | EACO/B-3 |
| COWLITZ COUNTY LANDFILL, INC. | Washington | |
| CRI HOLDINGS, LLC | Delaware | |
| CRM SITE SERVICES, LLC | Colorado | Aspen Excavation and Demolition |
| | | Colorado Resource Management |
| CURRY TRANSFER & RECYCLING, INC. | Oregon | City Transfer and Recycling |
| | | County Transfer & Recycling |
| | | Country Transfer & Recycling |
| | | Harrell's Septic |
| | | Roto-Rooter of Curry County |
| CWR HOLDINGS, LLC | South Carolina | |
| D.M. DISPOSAL CO., INC. | Washington | American Portable Storage |
| | | D.M. Recycling |
| | | Superior Refuse Removal |
| DENVER REGIONAL LANDFILL, INC. | Colorado | |
| DNCS PROPERTIES, LLC | Arizona | |
| DURHAM REGIONAL LANDFILL, INC. | Delaware | |
| DURHAM REGIONAL LANDFILL, LLC | Arizona | |
| EAGLE FORD RECLAMATION COMPANY, LLC | Texas | |
| EAGLE DISPOSAL OF PA INC. | Pennsylvania | Eagle Disposal |
| EAGLE TOWING & REPAIR, INC. | Pennsylvania | |
| ECO-STORAGE INVESTMENTS, LLC | Delaware | |
| ECOSORT, L.L.C. | Oregon | |
| EL PASO DISPOSAL, LP | Texas | El Paso Disposal |
| ELKO SANITATION COMPANY | Nevada | Waste Connections of Nevada |
| EMPIRE DISPOSAL, INC. | Washington | |
| ENTECH ALASKA, LLC | Alaska | |
| ENTREPRISE SANITAIRE F.A. LTEE. | Canada | |
| ENVIRONMENTAL TRUST COMPANY | Tennessee | |
| EVERGREEN DISPOSAL, INC. | Montana | Eureka Disposal |
| | | Glacier Disposal |
| | | Kootenai Disposal |
| FINLEY-BUTTES LIMITED PARTNERSHIP | Oregon | Finley Buttes Landfill Company |
| FINNEY COUNTY LANDFILL, INC. | Delaware | |
| FLORIDA WASTE HOLDINGS, INC. | Delaware | Waste Connections of FL |
| FORT ANN TRANSFER STATION, LLC | New York | |
| FRONT RANGE LANDFILL, INC. | Delaware | Front Range Landfill |
| F.W. DISPOSAL, L.L.C. | Missouri | Valley Park Transfer Station |
| FW DISPOSAL SOUTH, LLC | Missouri | |
| G&P DEVELOPMENT, INC. | Nebraska | |
| GOD BLESS THE USA, INCORPORATED | North Carolina | Waste Connections of the Carolinas |
| | | WC of the Carolinas |
| GOLD RIVER HOLDINGS, LLC | Delaware | |
| GREEN WASTE SOLUTIONS OF ALASKA, LLC | Alaska | |
| GROOT, INC. | Illinois | |
| GROOT INDUSTRIES, INC. | Delaware | |
| GROOT RECYCLING & WASTE SERVICES, INC. | Illinois | Accurate Document Destruction |
| | | Accurate Document Destruction, Inc. |
| GROVELAND TRANSFER AND RECYCLING, INC. | Florida | |
| HAMPTON ROADS RECOVERY CENTER, LLC | Virginia | |
| HARDIN SANITATION, INC. | Idaho | Idaho Garbologist |

| | | |
|---|---|---|
| HAROLD LEMAY ENTERPRISES, INCORPORATED | Washington | AA Better Trash & Junk Clean Up |
| | | AA Lucky Portable Storage |
| | | Aberdeen Sanitation Co. |
| | | Butler's Cove Refuse Service |
| | | City Sanitary Co. |
| | | Eastern Grays Harbor Disposal |
| | | EGH Disposal |
| | | Harbor Disposal Co. |
| | | Harold LeMay Enterprises |
| | | HE Recycling |
| | | Joes Refuse Service |
| | | Lakewood Recycling Service |
| | | Lakewood Refuse Service |
| | | LeMay Inc |
| | | LeMay Mobile Shredding |
| | | LeMay Transportation Services |
| | | Pacific Disposal |
| | | Pierce County Refuse |
| | | Recycle Services |
| | | Rural Garbage Service |
| | | White Pass Garbage |
| HIGH DESERT SOLID WASTE FACILITY, INC. | New Mexico | |
| HONEYWAGON ORGANICS, LLC | Colorado | |
| HUDSON VALLEY WASTE HOLDING, INC. | Delaware | |
| INTERMOUNTAIN ENVIRONMENTAL SERVICES, INC. | Colorado | InterMountain Waste & Recycling |
| | | Mountain Waste & Recycling |
| INTERMOUNTAIN WASTE & RECYCLING, LLC | Colorado | |
| IOWA WASTE SERVICES, LLC | Delaware | |
| IOWA WASTE SERVICES HOLDINGS, INC. | Delaware | |
| ISLAND DISPOSAL, INC. | Washington | Whidbey Recycling Services |
| J BAR J LAND, INC. | Nebraska | |
| LAKESHORE DISPOSAL, INC. | Idaho | |
| LANDFILL L.L.C. | Illinois | |
| LAUREL RIDGE LANDFILL, L.L.C. | Delaware | |
| LCRD HAULING OF INM, LLC | Delaware | Lewis Clark Recycling and Disposal |
| | | Shenandoah Sanitation |
| | | Waste Connections of Iowa |
| LEALCO, INC. | Texas | ABC Waste Collection |
| | | Pro Star Waste |
| | | Waste Connections of Texas |
| | | Waste Connections of Texas Rio Grande Valley |
| LES ENTREPRISES RAYLOBEC INC. | Quebec | |
| LEWIS CLARK RECYCLING AND DISPOSAL, LLC | Delaware | |
| LIGHTNING BUTTE ENVIRONMENTAL, LLC | Minnesota | |
| LOUISIANA RECLAMATION COMPANY, L.L.C. | Louisiana | |
| LOUISIANA REGIONAL LANDFILL COMPANY | Delaware | Timberlane Landfill Company |
| MADERA DISPOSAL SYSTEMS, INC. | California | Allied Disposal Company |
| | | Avenal Landfill |
| | | Bishop Waste Disposal |
| | | Coastal Rolloff Service |
| | | Riverdale Disposal Service |
| | | Sierra Disposal |
| MAINLY SANITATION BUSINESS, LLC | Delaware | |
| MAMMOTH DISPOSAL COMPANY | California | |
| MANAGEMENT ENVIRONMENTAL NATIONAL, INC. | Washington | |
| MASON COUNTY GARBAGE CO., INC. | Washington | |
| MBO, LLC | Delaware | Lacassine Oilfield Services |
| MDSI OF LA, INC. | California | |
| METROPOLITAN TRANSFER STATION, INC. | New York | |
| MILLENNIUM WASTE INCORPORATED | Indiana | Quad Cities Landfill |
| MISSION COUNTRY DISPOSAL | California | |
| MORRO BAY GARBAGE SERVICE | California | |
| MOUNTAIN ROLL-OFFS, INC. | Colorado | Mountain Refuse |
| | | Mountain Refuse, Inc. |
| | | Mountain Refuse, LLC |
| | | Mountain Recycling, Inc. |
| | | Mountain Waste & Recycling |
| | | MRI |
| MOUNTAIN WASTE - DENVER, LLC | Colorado | Pro Disposal & Recycling |
| MOUNTAIN WASTE & RECYCLING, INC. | Colorado | |
| MRL PROPERTY HOLDINGS, INC. | Delaware | |
| MTG DISPOSAL, LLC | Massachusetts | Mega |
| MURREY'S DISPOSAL COMPANY, INC. | Washington | Olympic Disposal |
| MUSIC CITY PICK-A-PART | Tennessee | |
| MUSIC CITY PICK-A-PART HOLDINGS I, LLC | Delaware | |
| MUSIC CITY PICK-A-PART HOLDINGS II, LLC | Delaware | |
| NEBRASKA ECOLOGY SYSTEMS, INC. | Nebraska | |

| Company | State | Other |
|---|---|---|
| NOBLES COUNTY LANDFILL, INC. | Minnesota | |
| NORTHWEST CONTAINER SERVICES, INC. | Oregon | |
| NWCS CONTAINER, INC. | Delaware | |
| OKLAHOMA CITY WASTE DISPOSAL, INC. | Oklahoma | |
| OKLAHOMA LANDFILL HOLDINGS, INC. | Delaware | |
| OSAGE LANDFILL, INC. | Oklahoma | |
| PALADIN COMMODITIES, INC. | Delaware | |
| PENN WASTE INC. | Pennsylvania | |
| PENN WASTE PROPERTY HOLDINGS, LLC | Delaware | |
| PIERCE COUNTY RECYCLING, COMPOSTING AND DISPOSAL, LLC | Washington | LRI |
| POST OAK CLEAN GREEN, INC. | Texas | |
| POTRERO HILLS LANDFILL, INC. | California | Potrero Hills Landfill |
| PRAIRIE DISPOSAL LLC | North Dakota | |
| PRAIRIE LIQUIDS, LLC | Delaware | |
| PSI ENVIRONMENTAL SERVICES, INC. | Indiana | PSI WASTE |
| PSI ENVIRONMENTAL SYSTEMS, INC. | Indiana | PSI WASTE |
| R360 ARTESIA, LLC | Delaware | |
| R360 ENVIRONMENTAL SOLUTIONS, LLC | Delaware | |
| R360 ENVIRONMENTAL SOLUTIONS HOLDINGS, INC. | Delaware | |
| R360 ENVIRONMENTAL SOLUTIONS OF LOUISIANA, LLC | Delaware | |
| R360 ENVIRONMENTAL SOLUTIONS OF MISSISSIPPI, LLC | Delaware | |
| R360 ENVIRONMENTAL SOLUTIONS OF TEXAS, LLC | Delaware | |
| R360 ES HOLDINGS, INC. | Delaware | |
| R360 HITCHCOCK, LLC | Delaware | |
| R360 OKLAHOMA, LLC | Delaware | J. Scott Mudd Disposal |
| R360 PERMIAN BASIN, LLC | New Mexico | |
| R360 RED BLUFF, LLC | Texas | |
| R360 SHUTE CREEK, LLC | Delaware | |
| R360 SILO, LLC | Delaware | |
| R360 WILLISTON BASIN, LLC | Delaware | |
| R.A. BROWNRIGG INVESTMENTS, INC. | Oregon | Cascade Disposal Company |
| | | Cascade Recycling Co. |
| | | Kelvic Disposal Co. |
| | | Kelvic Dropbox Company |
| | | Sun Country Disposal |
| RAILROAD AVENUE DISPOSAL, LLC | Delaware | |
| RED CARPET LANDFILL, INC. | Oklahoma | |
| RENSSELAER REGION LANDFILLS, INC. | Delaware | |
| RH FINANCIAL CORPORATION | Washington | |
| RICH VALLEY, LLC | Minnesota | |
| RIDGE (CHATHAM) HOLDINGS G.P. INC. | Canada | |
| RIDGE (CHATHAM) HOLDINGS L.P. | Manitoba | |
| RIGHT AWAY DISPOSAL, L.L.C. | Arizona | Arizona Sanitation Services |
| | | Sun Lakes Disposal |
| RIP, INC. | Florida | |
| R.J.C. TRUCKING CO. | Oregon | Eugene Drop Box |
| ROCHELLE WASTE DISPOSAL, L.L.C. | Illinois | |
| ROCK RIVER ENVIRONMENTAL SERVICES, INC. | Illinois | |
| ROCK RIVER ENVIRONMENTAL SOLUTIONS, LLC | Illinois | |
| ROLL-OFF EXPRESS, INC. | Maryland | |
| RRD HOLDING COMPANY | Illinois | Disposal Services of Belvidere, Inc. |
| | | G&B Disposal, Inc. |
| | | Gill's Freeport Disposal, Inc. |
| | | Illinois Valley Waste Services, Inc. |
| | | Marengo Disposal Company |
| | | MDC Environmental Services, Inc. |
| | | Northern Illinois Disposal Services, Inc. |
| | | Rock River Disposal Services, Inc. |
| S.A. DUNN & COMPANY, LLC | New York | |
| SAN LUIS GARBAGE COMPANY | California | |
| SANFORD RECYCLING AND TRANSFER, INC. | Florida | |
| SANIPAC, INC. | Oregon | Star Garbage |
| SANITATION SOLUTIONS, INC. | Texas | |
| SANITATION SOLUTIONS PROPERTIES, LLC | Texas | |
| SCOTT SOLID WASTE DISPOSAL COMPANY | Tennessee | Volunteer Landfill |
| SCOTT WASTE SERVICES, LLC | Kentucky | |
| SEABREEZE RECOVERY, INC. | Delaware | Seabreeze Environmental |
| | | Seabreeze Environmental Landfill |
| SECTION 18, LLC | Minnesota | |
| SEDALIA LAND COMPANY | Colorado | |
| SENECA MEADOWS, INC. | New York | |
| SERVICES ENVIRONNEMENTAUX RICHELIEU INC. | Quebec | |
| SHALE GAS SERVICES, LLC | Arkansas | |
| SIERRA HOLDING GROUP, LLC | New York | |
| SIERRA PROCESSING, LLC | New York | |
| SILVER SPRINGS ORGANICS L.L.C. | Washington | |

| | | |
|---|---|---|
| SJ RECLAMATION, INC. | Delaware | |
| SKB ENVIRONMENTAL, INC. | Minnesota | Shamrock Trucking |
| SKB ENVIRONMENTAL CLOQUET LANDFILL, INC. | Minnesota | |
| SLD LANDFILL, INC. | Delaware | |
| SMOKY BUTTE ENVIRONMENTAL, LLC | Minnesota | |
| SOUTH COUNTY SANITARY SERVICE, INC. | California | |
| STEAMBOAT CREEK TERMINALS, INC. | Virginia | |
| STUTZMAN REFUSE DISPOSAL INC. | Kansas | |
| SUMTER RECYCLING AND SOLID WASTE DISPOSAL, INC. | Florida | |
| SUN COUNTRY MATERIALS, LLC | Delaware | |
| TACOMA RECYCLING COMPANY, INC. | Washington | |
| TAFT RECYCLING, INC. | Florida | |
| TENNESSEE WASTE MOVERS, INC. | Delaware | TWM-Landfill |
| TEXAS REGIONAL LANDFILL COMPANY LP | Texas | Bowie Transfer Station |
| | | Buffalo Creek Landfill |
| | | East Texas Regional Landfill Company |
| | | Fort Worth C&D Landfill |
| | | Jacksboro Landfill |
| | | Travis County Landfill |
| | | Turkey Creek Landfill |
| | | Weatherford Landfill |
| THUNDER BUTTE ENVIRONMENTAL, LLC | Minnesota | |
| TIMBER RIDGE LANDFILL COMPANY | Missouri | Timber Ridge Landfill Company |
| TIMBERLINE DISPOSAL, L.L.C. | Colorado | |
| US LIQUIDS OF LA., L.P. | Delaware | R360 Environmental Solutions, Inc. |
| VAIL HONEYWAGON ENTERPRISES, LLC | Colorado | Vail Honeywagon Ltd. |
| | | Vail Honeywagon Rubbish & Recycling |
| WARM ASSOCIATES II, LLC | Rhode Island | |
| WASCO COUNTY LANDFILL, INC. | Delaware | |
| WASTE CONNECTIONS BAYOU, INC. | Delaware | Delta Disposals |
| | | WC of Louisiana |
| WASTE CONNECTIONS HOLDINGS LTD. | Canada | |
| WASTE CONNECTIONS LONE STAR, INC. | Texas | Archer Waste |
| | | Corpus Christi Disposal Service |
| | | Crouch Sanitation and Disposal |
| | | Eagle Disposal |
| | | Good Ol' Boys Curbside |
| | | GW Waste Services |
| | | Main Street Disposal |
| | | Skid-O-Kan |
| | | Texas Jack |
| | | Triple H Trash Solutions |
| | | Waste Connections of TX |
| | | Waste Wranglers |
| | | WC of Texas |
| WASTE CONNECTIONS MANAGEMENT SERVICES, INC. | Delaware | |
| WASTE CONNECTIONS OF ALABAMA, INC. | Delaware | Competitive Waste Systems |
| | | Rumsey Environmental |
| WASTE CONNECTIONS OF ALASKA, INC. | Delaware | Alaska Green Waste Solutions |
| | | Alaska Pacific Environmental Services |
| | | Anchorage |
| | | Alaska Waste |
| | | Alaska Waste - Anchorage |
| | | Alaska Waste Transfer |
| | | Anchorage Refuse |
| | | Commercial Refuse |
| | | DH Transit |
| | | Eagle River Refuse |
| | | Green Waste |
| | | Kodiak Sanitation |
| | | Peninsula Sanitation |
| | | Valley Refuse |
| | | Wasilla Refuse |
| WASTE CONNECTIONS OF ARIZONA, INC. | Delaware | |
| WASTE CONNECTIONS OF ARKANSAS, INC. | Arkansas | WCN of Arkansas |
| WASTE CONNECTIONS OF CALIFORNIA, INC. | California | Amador Disposal Service |
| | | Ebbetts Pass Disposal Service |
| | | El Dorado Disposal Service |
| | | Green Team of Los Angeles |
| | | GreenTeam |
| | | GreenTeam of San Jose |
| | | GreenWaste of Tehama |
| | | SEI Debris Box |
| | | SEI Solid Waste |
| | | West LA Reclamation |
| | | Western El Dorado Recovery Systems |
| WASTE CONNECTIONS OF CANADA INC. | Ontario | |

| Company | State | Subsidiary/DBA |
|---|---|---|
| WASTE CONNECTIONS OF COLORADO, INC. | Delaware | All Trash Service |
| | | Aspen Waste |
| | | Aspen Waste Systems |
| | | Community Recycling |
| | | Denver Roll-Off Service |
| | | Diamond Disposal |
| | | Eagle Waste & Recycling Service |
| | | Eagle Waste Services |
| | | Eagle Waste Services, Inc. |
| | | Eagle Roll-Off, Inc. |
| | | El Paso Disposal Services |
| | | Fremont Disposal |
| | | Horizon Property Management |
| | | Platte Valley Disposal |
| | | Pueblo Disposal |
| | | Pueblo Disposal & Recycling Service |
| | | Snowy Peaks Trash Company |
| | | Solid Waste Transfer Services |
| | | Southside Landfill |
| | | The Trash Company |
| | | Town & Country Disposal |
| | | U.S. Disposal |
| | | U.S. Disposal Services |
| WASTE CONNECTIONS OF FLORIDA, INC. | Delaware | Good Fella's Roll-Off & Waste Disposal |
| | | Waste Connections of Florida |
| WASTE CONNECTIONS OF GEORGIA, INC. | Delaware | |
| WASTE CONNECTIONS OF IDAHO, INC. | Indiana | Mountain Jack Environmental Services |
| | | T, T & R Enterprises |
| | | Valley Waste and Recycling |
| WASTE CONNECTIONS OF ILLINOIS, INC. | Delaware | Millennium Waste - IL |
| WASTE CONNECTIONS OF IOWA, INC. | Iowa | Chitty Garbage |
| | | Chitty Garbage Service |
| | | E-Z Sanitation |
| | | Stone Sanitation |
| | | Town & Country Disposal |
| | | Whaley Waste Systems |
| WASTE CONNECTIONS OF KANSAS, INC. | Delaware | Anderson Trash Service |
| | | Best Yet Refuse |
| | | Collectia LTD. |
| | | Dual County Sanitation |
| | | Northend Disposal |
| | | Plumb Thicket Landfill |
| | | R-Arrow |
| | | Salina Waste Systems |
| | | Schaben Sanitation |
| | | Stutzman Refuse Disposal |
| WASTE CONNECTIONS OF KENTUCKY, INC. | Delaware | Kentucky Waste Systems, Inc. |
| | | Mid-State Recycling Waste Disposal |
| | | Mid-State Recycling Waste Systems |
| | | Mid-State Waste |
| | | Poff Carting Services |
| WASTE CONNECTIONS OF LOUISIANA, INC. | Delaware | Delta Disposals |
| | | Diamond Disposal |
| | | Good Neighbor Disposal |
| WASTE CONNECTIONS OF MARYLAND, INC. | Delaware | |
| WASTE CONNECTIONS OF MINNESOTA, INC. | Minnesota | Hendrickson Sanitation |
| | | L & L Sanitation |
| | | Schaap Sanitation |
| | | Scotting Sanitation |
| | | Ulrich Sanitation |
| WASTE CONNECTIONS OF MISSISSIPPI DISPOSAL SERVICES, LLC | Mississippi | |
| WASTE CONNECTIONS OF MISSISSIPPI, INC. | Delaware | Asco Sanitation |
| | | Buck Run Landfill |
| | | Northeast Mississippi Regional Landfill |
| WASTE CONNECTIONS OF MISSOURI, INC. | Missouri | Waste Connections of Cape Girardeau |
| | | Waste Connections of St. Louis |
| | | Waste Connections Timber Ridge |
| WASTE CONNECTIONS OF MONTANA, INC. | Delaware | Bitterroot Disposal |
| | | Valley Recycling |
| | | Victor Transfer |

| WASTE CONNECTIONS OF NEBRASKA, INC. | Delaware | Allied Refuse |
| | | Art's Garbage Service |
| | | B&B Sanitary Service |
| | | Big Red Roll Off |
| | | Central Waste Disposal |
| | | Countryside Services |
| | | Duren Sanitation |
| | | J&J Sanitation |
| | | Junk in the Box |
| | | Midwest Refuse Service Commercial |
| | | Omega Systems |
| | | Papillion Sanitation |
| | | Sanitation Systems |
| | | Saunders County Disposal |
| | | Schaben Sanitation |
| | | SGS Sanitation |
| | | Shrader Refuse and Recycling Service Company |
| | | Steve's Sanitation |
| | | Steve's Sanitation Service |
| | | The Garbage Company |
| | | Ummel Sanitation |
| | | Wahoo Sanitation |
| | | White Sanitation |
| WASTE CONNECTIONS OF NEVADA, INC. | Delaware | |
| WASTE CONNECTIONS OF NEW JERSEY, INC. | Delaware | |
| WASTE CONNECTIONS OF NEW MEXICO, INC. | Delaware | Silva Sanitation |
| | | Southwest Disposal |
| WASTE CONNECTIONS OF NEW YORK, INC. | Delaware | County Waste |
| | | Waste Connections |
| WASTE CONNECTIONS OF NORTH CAROLINA, INC. | Delaware | Queen City Transfer Station |
| | | Waste Connections of the Carolinas |
| WASTE CONNECTIONS OF NORTH DAKOTA, INC. | Delaware | Armstrong Disposal Plus |
| WASTE CONNECTIONS OF OKLAHOMA, INC. | Oklahoma | B & B Sanitation |
| | | Metropolitan Waste Services |
| | | Oklahoma Disposal & Sanitation |
| | | Waste Connections |
| WASTE CONNECTIONS OF OREGON, INC. | Oregon | American Sanitary Service |
| | | Arrow Sanitary Service |
| | | Babe's Garbage Service |
| | | Bandon Disposal & Recycling |
| | | Clatskanie Sanitary Service |
| | | EWSI |
| | | Environmental Waste Systems |
| | | Hood River Garbage Service |
| | | Hudson Portable Toilet Service |
| | | Hudson's Garbage Service |
| | | Les' County Sanitary |
| | | Les' Sanitary Service |
| | | North Bend Sanitation Service |
| | | Oregon Paper Fiber |
| | | Public Disposal and Recyling Center |
| | | Sweet Home Sanitation Service |
| | | Sweet Home Transfer & Recycling |
| | | The Dalles Disposal |
| | | The Dalles Transfer Station |
| | | Wally's Portable Restrooms |
| WASTE CONNECTIONS OF OSCEOLA COUNTY, LLC | Florida | J.E.D. Landfill |
| WASTE CONNECTIONS OF PENNSYLVANIA, INC. | Delaware | Waste Connections of Pennsylvania |
| WASTE CONNECTIONS OF RHODE ISLAND, INC. | Delaware | Link Environmental |
| | | Link Environmental Equipment |
| | | Patriot Disposal |
| | | Patriot Hauling |
| WASTE CONNECTIONS OF SOUTH CAROLINA, INC. | Delaware | Waste Connections of the Carolinas |
| WASTE CONNECTIONS OF SOUTH DAKOTA, INC. | South Dakota | A & C Keiffer Sanitation |
| | | Art's Garbage Service |
| | | Cook's Wastepaper & Recycling |
| | | Dakota Data Shred |
| | | Envirotech Waste Services |
| | | Kieffer Sanitation |
| | | Novak Enterprises |
| | | Novak Sanitary Service |
| | | Pierre Recycling Center |
| | | Ron's Dray |
| | | Sioux Valley Sanitation Service |
| | | Steve's Garbage Service |
| | | Walker Refuse |

| | | |
|---|---|---|
| WASTE CONNECTIONS OF TENNESSEE, INC. | Delaware | Asco Sanitation |
| | | Clarksville Disposal |
| | | Cumberland Waste |
| | | Cumberland Waste Disposal |
| | | Ocoee Environmental Services |
| | | Queen City Disposal |
| | | Scott Solid Waste |
| | | Southern Disposal |
| WASTE CONNECTIONS OF TEXAS, LLC | Delaware | Caprock Waste |
| | | Hardy Road Transfer Station |
| | | Hill Country Refuse |
| | | Vaquero Waste & Recycling |
| | | Waste Connections of Texas |
| | | West Texas Disposal |
| WASTE CONNECTIONS OF UTAH, INC. | Delaware | City Sanitation |
| | | Roche & Sons |
| WASTE CONNECTIONS OF WASHINGTON, INC. | Washington | Buchmann Sanitation Service |
| | | Empire Disposal Hauling |
| | | Lakeside Disposal & Recycling Company |
| | | The Disposal Group |
| | | Triangle Resources |
| | | Twin City Sanitary Service |
| | | Vancouver Sanitary Service |
| | | Waste Connections of Spokane |
| WASTE CONNECTIONS OF WYOMING, INC. | Delaware | American Disposal |
| | | American Disposal, Inc. |
| | | BW Waste |
| | | Edwal Services |
| | | Green River Valley Refuse |
| | | Kieffer Sanitation |
| | | Ryan Sanitation |
| WASTE CONNECTIONS PALMETTO, INC. | Delaware | |
| WASTE CONNECTIONS US, INC. | Delaware | |
| WASTE CONNECTIONS US HOLDINGS, INC. | Delaware | |
| WASTE INNOVATIONS, LLC | Arizona | Waste Innovations |
| | | Waste Innovations Leasing |
| WASTE REDUCTION SERVICES, L.L.C. | Oregon | |
| WASTE SERVICES OF N.E. MISSISSIPPI, INC. | Mississippi | |
| WASTE SOLUTIONS GROUP OF SAN BENITO, LLC | Delaware | John Smith Road Landfill |
| WATERWAY TRAILS INC. | Texas | |
| WC INDUSTRIALS, INC. | Delaware | |
| WCC FINANCE LTD. | Cayman Islands | |
| WCI AUSTIN LANDFILL, LLC | Minnesota | |
| WCI CROSSINGS ULC | Alberta | |
| WCI GLOBAL HOLDINGS ULC | Alberta | |
| WCI NORTH INVESTMENTS, GP | Alberta | |
| WCI SOUTH INVESTMENTS, LP | Delaware | |
| WCI VENTURE I, LLC | Delaware | |
| WCI VENTURE II, LLC | Delaware | |
| WCI-WHITE OAKS LANDFILL, INC. | Delaware | White Oaks Landfill |
| WCN DE LP CORPORATION | Delaware | |
| WCN HOLDINGS, INC. | Ontario | |
| WCN TX GP CORPORATION | Delaware | |
| WCUK FINANCE LTD | United Kingdom (England and Wales) | |
| WCUK HOLDINGS LTD | United Kingdom (England and Wales) | |
| WCUK MANAGEMENT LTD | United Kingdom (England and Wales) | |
| WEST BANK ENVIRONMENTAL SERVICES, INC | Indiana | Leftovers of Wyoming |
| | | Westbank Sanitation |
| WEST COAST RECYCLING AND TRANSFER, INC. | Oregon | Public Disposal and Recycling Center |
| | | Store-It |
| WEST VALLEY COLLECTION & RECYCLING, LLC | California | |
| WINNEBAGO LANDFILL COMPANY, LLC | Illinois | |
| WINNEBAGO RECLAMATION SERVICE, INC. | Illinois | |
| WYOMING ENVIRONMENTAL SERVICES, INC. | Indiana | Lander Valley Sanitation |
| | | Wyoming Waste Systems |
| YAKIMA WASTE SYSTEMS, INC. | Washington | |

# Exhibit B

 **WRIGHT DISPOSAL**

# Residential Service Agreement

**Customer Name:** ███████████  **Customer Address:** ███████████

**Phone:** ███████████ _____  **State:** ███  **Zip:** ███████

**E-Mail (optional):** _____

| Customer's Signature Below Acknowledges Acceptance of the Following Rates |
|---|
| 10 % Monthly Reduction of your current rates<br>Plus 1 Month Free |

## TERMS AND CONDITIONS

**Term:** The initial term of this Agreement is twenty-four (24) months, commencing on the next billing following signing this agreement. This Agreement shall automatically renew for successive twelve (12) month terms, unless either party gives written notice of termination to the other party at least sixty (60) days prior to the expiration of the initial term or any subsequent renewal term. If Customer moves out of Contractor's service area, Customer may terminate this Agreement upon 30 days' prior written notice to Contractor.

**Rate:** The rate is guaranteed for twenty-four (24) months. Thereafter, Robert Wright Disposal may increase the rates hereunder to adjust for increases in disposal costs and increases in taxes, fees or other governmental charges assessed against or passed through to Robert Wright Disposal (other than income or real property taxes).

**Payments:** Each invoice is due to Robert Wright Disposal based upon the notice on your invoice. Customer will pay $30 for each check rejected for insufficient funds.

**Waste:** The waste materials to be collected by Robert Wright Disposal pursuant to this Agreement consist of all solid waste and recyclable materials generated or collected by Customer at the address(es) listed above ("Waste Materials" or "Waste"). Waste Materials specifically excludes and Customer agrees not to deposit in Robert Wright Disposal's equipment or place for collection by Robert Wright Disposal any construction debris, bulky items (such as furniture or appliances), radioactive, volatile, corrosive, highly flammable, explosive, biomedical, infectious, biohazardous, toxic, special or hazardous waste or material as defined by applicable federal, state or local laws or regulations ("Excluded Waste").

**Equipment:** Any equipment furnished hereunder by Robert Wright Disposal shall remain the property of Robert Wright Disposal; however, Customer acknowledges that Customer has care, custody and control of the equipment while at Customer's location.

**Breach:** If either party shall be in breach of any provision of this Agreement, the other party may suspend its performance hereunder until such breach has been cured or terminate this Agreement; provided, however, that no termination of this Agreement shall be effective until the complaining party has given written notice of such breach to the breaching party and the breaching party has failed to cure such breach within ten (10) days after receipt of such notice. In any legal proceeding arising out of this Agreement, the prevailing party shall be entitled to recover its reasonable attorneys' fees from the non-prevailing party.

**Right of First Refusal:** Customer grants Robert Wright Disposal a right of first refusal to match any offer Customer receives (or makes) related to the provision of solid waste collection and disposal services.

**Early Termination:** In the event Customer terminates this Agreement prior to expiration of the term, other than as a result of a breach by Robert Wright Disposal, or Robert Wright Disposal terminates this Agreement for Customer's breach (including nonpayment), Customer agrees to pay to Robert Wright Disposal all past due sums plus, as liquidated damages, a sum calculated as follows: (a) if the remaining term is six (6) or more months, the average of Customer's most recent six (6) monthly charges multiplied by six (6); or (b) if the remaining term is less than six (6) months, the average of Customer's most recent six (6) monthly charges multiplied by the number of months remaining in the term. If the term has not yet run for six (6) months, the average of Customer's monthly charges to date shall be used.

**Agreement:** If any one or more provisions herein are held to be invalid, illegal, or unenforceable in any respect, such invalidity, illegality, or unenforceability shall not affect any other provision hereof, and the invalid, illegal, or unenforceable provision shall be modified only to the extent necessary to make it enforceable.

**Customer Signature:** ███████████ __  **Date:** ███████