**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TWIN BRIDGES WASTE AND RECYCLING, LLC,<br><br>              Plaintiff,<br><br>        v.<br><br>COUNTY WASTE AND RECYCLING SERVICE, INC., ROBERT WRIGHT DISPOSAL, INC., and WASTE CONECTIONS, INC. d/b/a "WASTE CONNECTIONS,"<br><br>              Defendants | Case No. 1:21-cv-00263 (DNH)(DJS)<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Adam R. Shaw hereby appears as additional counsel in the above-captioned action on behalf of Plaintiff Twin Bridges Waste and Recycling, LLC.

Dated: September 1, 2023

By: */s/ Adam R. Shaw*
Adam R. Shaw
Bar Roll No. 502142
**BOIES SCHILLER FLEXNER LLP**
30 South Pearl Street, 11th Floor
Albany, New York 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665

*Attorney for Plaintiff*