UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

TWIN BRIDGES WASTE AND RECYCLING, LLC

                      Plaintiff,

      v.                                    1:21-CV-0263
                                                  (DNH/DJS)

COUNTY WASTE AND RECYCLING SERVICE, INC, *et. al*,

                      Defendants.
_____

| APPEARANCES: | OF COUNSEL: |
|---|---|
| DREYER BOYAJIAN, LLP<br>Attorneys for Plaintiff<br>75 Columbia Street<br>Albany, New York 12210 | DONALD W. BOYAJIAN, ESQ.<br>JAMES R. PELUSO, ESQ.<br>LAUREN S. OWENS, ESQ |
| BOIES, SCHILLER & FLEXNER LLP<br>Attorneys for Plaintiff<br>30 South Pearl Street, 11th Floor<br>Albany, New York 12207 | ADAM SHAW, ESQ. |
| NIXON PEABODY, LLP<br>Attorneys for Defendants<br>677 Broadway, 10th Floor<br>Albany, New York 12207 | WILLIAM E. REYNOLDS, ESQ.<br>KELLY A. SPRAGUE, ESQ. |

**DANIEL J. STEWART**
**United States Magistrate Judge**

## DISCOVERY ORDER

A further Discovery Conference was held in this matter on October 12, 2023. Based upon the information provided during that conference, the Court issues the following discovery Order.

I. With regard to the outstanding discovery dispute concerning Defendants' request for all documents and information provided by Plaintiff to the New York State Attorney General's Office pursuant to a Subpoena dated July 6, 2023, the Court acknowledges receipt during the conference of the Subpoena which was supplied by Plaintiff's counsel. The Court also notes that on the afternoon of October 13, 2023, Plaintiff's counsel further provided to Chambers for an *in camera* review, a copy of the following additional documents: Confidential Letters from Attorney Wendy Arends of the firm of Husch Blackwell to Assistant Attorney General Saami Zain, dated July 14, July 21, July 31, and August 8, 2023 and an itemization of Documents produced in response to the Subpoena from the New York State Attorney General's Office. After the Court completes the *in camera* review, it will set a briefing schedule if necessary.

II. With regard to the continued issues concerning production of relevant electronic information, the Court directs as follows: Counsel shall continue to work together to formulate a second round of search terms to facilitate the production of useful information. Plaintiff's counsel shall confirm with defense counsel that they have the correct email or account addresses for Scott Earl and/or other representatives. Defendants shall serve a subpoena upon the Plaintiff's counsel for access to Jerry Cifor's electronic information, which counsel has been authorized by Mr. Cifor to accept. Defense counsel agrees to coordinate with Susan Wright to provide access to her email for similar searches. Insofar as they have not already been provided, the parties shall

produce any required privilege log within the next 14 days, and supplement in a timely manner as required.

    III.    The parties shall submit to the Court on or before October 20, 2023 a joint scheduling proposal for the completion of discovery, conducting mediation, and the filing of dispositive motions.

    **IT IS SO ORDERED.**

Dated: October 16, 2023
       Albany, New York

_____
Daniel J. Stewart
U.S. Magistrate Judge