UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK

TWIN BRIDGES WASTE AND RECYCLING, LLC
and CONSOLIDATED WASTE SERVICES, LLC,

                    Plaintiffs,

          v.

                                           Case No. 1:21-cv-00263-ECC-DJS

COUNTY WASTE AND RECYCLING SERVICE, INC.,
ROBERT WRIGHT DISPOSAL, INC., and
WASTE CONNECTIONS, INC.,

                    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

      Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to the above-captioned action hereby stipulate that the action and all claims therein are hereby dismissed with prejudice, with each party to bear its own attorney's fees and costs.

Dated: February 27, 2025

Respectfully submitted,

DREYER BOYAJIAN LLP

  /s/ *James R. Peluso*
Donald W. Boyajian
James R. Peluso
75 Columbia Street
Albany, NY 12210
(518) 463-7784
dboyajian@dblawny.com
jpeluso@dblayny.com

*Attorneys for Twin Bridges Waste and Recycling, LLC and Consolidated Waste Services, LLC*

IT IS SO ORDERED:

BOIES SCHILLER FLEXNER LLP

 /s/ *Adam R. Shaw*
Adam R. Shaw
Scott E. Gant
Katherine Cassirer
30 South Pearl Street, 12th Floor
Albany, NY 12207
(518) 434-0600
ashaw@bsfllp.com
sgant@bsfllp.com
kcassirer@bsfllp.com

Elizabeth C. Coombe
U.S. District Judge

Dated:    2/28/2025
          Syracuse, NY

*Attorneys for Twin Bridges Waste and Recycling, LLC and Consolidated Waste Services, LLC*

NIXON PEABODY LLP

 /s/ *William E. Reynolds*
William E. Reynolds
Gordon L. Lang
Andrew C. Rose
Kelly A. Sprague
677 Broadway, 10th Floor
Albany, NY 12207
(518) 427-2650
wreynolds@nixonpeabody.com
glang@nixonpeabody.com
acrose@nixonpeabody.com
ksprague@nixonpeabody.com

*Attorneys for County Waste and Recycling Service, Inc., Robert Wright Disposal, Inc., Waste Connections, Inc., and Waste Connections US, Inc.*